# EXHIBIT "A"

**ZEIG LAW FIRM PLLC**
**IOTA ESCROW ACCOUNT**
3475 SHERIDAN ST, STE 310
HOLLYWOOD, FL 33021

CITY NATIONAL BANK OF FLORIDA
(954) 926-4240
63-436/660

2853

1/20/23

PAY TO THE ORDER OF: COLLECTIVE CREDIT INTERNATIONAL, LLC.      $**539.94

Five Hundred Thirty-Nine and 94/100***************************************************** DOLLARS

COLLECTIVE CREDIT INTERNATIONAL, LLC.
16931 NE 6th Ave
North Miami Beach, FL 33162

MEMO: Chen Shapira v Experian

AUTHORIZED SIGNATURE

---

**ZEIG LAW FIRM PLLC**
**IOTA ESCROW ACCOUNT**
3475 SHERIDAN ST, STE 310
HOLLYWOOD, FL 33021

CITY NATIONAL BANK OF FLORIDA
(954) 926-4240
63-436/660

2871

2/10/23

PAY TO THE ORDER OF: COLLECTIVE CREDIT INTERNATIONAL, LLC.      $**2,384.60

Two Thousand Three Hundred Eighty-Four and 60/100************************************ DOLLARS

COLLECTIVE CREDIT INTERNATIONAL, LLC.
16931 NE 6th Ave
North Miami Beach, FL 33162

MEMO: Robert Unger v Experian

AUTHORIZED SIGNATURE

---

**ZEIG LAW FIRM PLLC**
**IOTA ESCROW ACCOUNT**
3475 SHERIDAN ST, STE 310
HOLLYWOOD, FL 33021

CITY NATIONAL BANK OF FLORIDA
(954) 926-4240
63-436/660

2868

2/10/23

PAY TO THE ORDER OF: COLLECTIVE CREDIT INTERNATIONAL, LLC.      $*800.00

Eight Hundred and 00/100******************************************************************* DOLLARS

COLLECTIVE CREDIT INTERNATIONAL, LLC.
16931 NE 6th Ave
North Miami Beach, FL 33162

MEMO: Liat Raz v Experian

AUTHORIZED SIGNATURE

**ZEIG LAW FIRM PLLC**
**IOTA ESCROW ACCOUNT**
3475 SHERIDAN ST, STE 310
HOLLYWOOD, FL 33021

CITY NATIONAL BANK OF FLORIDA
(954) 926-4240
63-436/660

2875

2/17/23

PAY TO THE ORDER OF: COLLECTIVE CREDIT INTERNATIONAL, LLC.    $**1,389.60

One Thousand Three Hundred Eighty-Nine and 60/100************************************************ DOLLARS

COLLECTIVE CREDIT INTERNATIONAL, LLC.
16931 NE 6th Ave
North Miami Beach, FL 33162

MEMO: Chaim Lipsitz v Experian

AUTHORIZED SIGNATURE

---

**ZEIG LAW FIRM PLLC**
**IOTA ESCROW ACCOUNT**
3475 SHERIDAN ST, STE 310
HOLLYWOOD, FL 33021

CITY NATIONAL BANK OF FLORIDA
(954) 926-4240
63-436/660

2896

3/31/23

PAY TO THE ORDER OF: COLLECTIVE CREDIT INTERNATIONAL, LLC.    $**2,200.00

Two Thousand Two Hundred and 00/100************************************************ DOLLARS

COLLECTIVE CREDIT INTERNATIONAL, LLC.
16931 NE 6th Ave
North Miami Beach, FL 33162

MEMO: Brian Jankowitz v Experian

AUTHORIZED SIGNATURE

---

**ZEIG LAW FIRM PLLC**
**IOTA ESCROW ACCOUNT**
3475 SHERIDAN ST, STE 310
HOLLYWOOD, FL 33021

CITY NATIONAL BANK OF FLORIDA
(954) 926-4240
63-436/660

2888

3/17/23

PAY TO THE ORDER OF: COLLECTIVE CREDIT INTERNATIONAL, LLC.    $**1,300.00

One Thousand Three Hundred and 00/100************************************************ DOLLARS

COLLECTIVE CREDIT INTERNATIONAL, LLC.
16931 NE 6th Ave
North Miami Beach, FL 33162

MEMO: Batsheva Bagiv v Experian



AUTHORIZED SIGNATURE

**ZEIG LAW FIRM PLLC**
**IOTA ESCROW ACCOUNT**
3475 SHERIDAN ST, STE 310
HOLLYWOOD, FL 33021

CITY NATIONAL BANK OF FLORIDA
(954) 926-4240
63-436/660

2879

2/27/23

PAY TO THE ORDER OF   COLLECTIVE CREDIT INTERNATIONAL, LLC.   $**1,364.00

One Thousand Three Hundred Sixty-Four and 00/100******************************************************  DOLLARS

COLLECTIVE CREDIT INTERNATIONAL, LLC.
16931 NE 6th Ave
North Miami Beach, FL 33162

MEMO  Ben Pugh v Experian

AUTHORIZED SIGNATURE

---

**ZEIG LAW FIRM PLLC**
**IOTA ESCROW ACCOUNT**
3475 SHERIDAN ST, STE 310
HOLLYWOOD, FL 33021

CITY NATIONAL BANK OF FLORIDA
(954) 926-4240
63-436/660

2934

5/16/23

PAY TO THE ORDER OF   COLLECTIVE CREDIT INTERNATIONAL, LLC.   $**1,400.00

One Thousand Four Hundred and 00/100***********************************************************  DOLLARS

COLLECTIVE CREDIT INTERNATIONAL, LLC.
16931 NE 6th Ave
North Miami Beach, FL 33162



MEMO  Gail Tenzer v Experian

AUTHORIZED SIGNATURE

3 of 8

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**ZEIG LAW FIRM PLLC**
**IOTA ESCROW ACCOUNT**
3475 SHERIDAN ST, STE 310
HOLLYWOOD, FL 33021

**CITY NATIONAL BANK OF FLORIDA**
(954) 926-4240
63-436/660

3038

2/22/24

PAY TO THE ORDER OF __COLLECTIVE CREDIT INTERNATIONAL, LLC.__   $**1,885.60

One Thousand Eight Hundred Eighty-Five and 60/100************************************************************ DOLLARS

COLLECTIVE CREDIT INTERNATIONAL, LLC.
16931 NE 6th Ave
North Miami Beach, FL 33162



MEMO  Yehuda Kanelsky v Transunion

AUTHORIZED SIGNATURE

**ZEIG LAW FIRM PLLC**
**IOTA ESCROW ACCOUNT**
3475 SHERIDAN ST, STE 310
HOLLYWOOD, FL 33021

CITY NATIONAL BANK OF FLORIDA
(954) 926-4240
63-436/660

3032

2/14/24

PAY TO THE ORDER OF: COLLECTIVE CREDIT INTERNATIONAL, LLC      $ *1,419.00

One Thousand Four Hundred Nineteen and 00/100************************************************ DOLLARS

COLLECTIVE CREDIT INTERNATIONAL, LLC.
16931 NE 6th Ave
North Miami Beach, FL 33162



MEMO: Menucha Lidsky v Americredit

AUTHORIZED SIGNATURE

5 of 8





**ZEIG LAW FIRM PLLC**
**IOTA ESCROW ACCOUNT**
3475 SHERIDAN ST, STE 310
HOLLYWOOD, FL 33021

CITY NATIONAL BANK OF FLORIDA
(954) 926-4240
63-436/660

3016

11/28/23

PAY TO THE ORDER OF: COLLECTIVE CREDIT INTERNATIONAL, LLC.       $ *2,479.60

Two Thousand Four Hundred Seventy-Nine and 60/100************************************ DOLLARS

COLLECTIVE CREDIT INTERNATIONAL, LLC.
16931 NE 6th Ave
North Miami Beach, FL 33162

MEMO: Yosef King v Experian (King alredy received $1000.0

AUTHORIZED SIGNATURE

