# EXHIBIT "B"



**From:** lucille callcci.com <lucille@callcci.com>
**Sent:** Tuesday, May 16, 2023 2:41 PM
**To:** Judah Stein <jstein@SteinSaksLegal.com>
**Cc:** yenon callcci.com <yenon@callcci.com>
**Subject:** SHEINDLE SOFER VS EXPERIAN, EQUIFAX, TRANSUNION, SYNCB/GAP

READY TO GO

Thank you,

Lucy C.
**COLLECTIVE CREDIT INTERNATIONAL, LLC.**
16931 NE 6th Ave
North Miami Beach, FL 33162
**Office:** 954-455-2555
**Facsimile:** 954-456-6559

*my*Equifax™

SHEINDLE SOFER       1

Home

**YOUR CREDIT**

Credit Report ∧

   Summary

   Revolving Accounts

   Mortgage Accounts

   Installment Accounts

   Other Accounts

   Consumer Statement

   Personal Information

   Inquiries

   Public Records

   Collections

   Your Rights

**YOUR IDENTITY**

Freeze

Fraud & Active Duty Alerts

Dispute Center

Products for You

## Your Equifax credit report

As of **May 16, 2023**

**Credit Report date**

Equifax - May 16, 2023 ⌄

You still have **5 of 6 free Equifax credit reports** available before **May 16, 2024**.

Get my free credit report

## Personal Information

Report Date: May 16, 2023

Creditors use your personal information primarily to identify you. This information has no impact on your credit scores.

## Identification

| | | |
|---|---|---|
| **Name** | SHEINDLE SOFER | Dispute this |
| **Formerly Known As** | SHEINDELSOFER SHEINDLESHTESEL | |
| **Social Security Number** | ███████ | Dispute this |
| **Date of Birth** | ███████ | Dispute this |

## Other Identification Information

No other identification on file.

You currently do not have any Other Identification in your file.

## Contact Information

| DATE | STATUS | ADDRESS | |
|---|---|---|---|
| Jul 01, 2017 | CURRENT | ███████, STATEN ISLAND, NY 10314 | Dispute this |
| Apr 01, 2013 | FORMER | ███████, BROOKLYN, NY 11219 | Dispute this |
| Feb 01, 2014 | FORMER | ███████, BROOKLYN, NY 11219 | Dispute this |

## Fraud Alert or Active Duty Alert Contact Information



No Alerts Contact Information on file.

You currently do not have any Alert Contacts in your file.

## Employment History

Employment history is the information in your credit file that indicates your current and former employment as reported to Equifax. It does not affect your credit score or rating.



No Employment History on file.

Contact your creditor(s) if you would like to add Employment History to your credit report.

**EFX**

Copyright 2023 Equifax Inc. All rights reserved.

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

Privacy Policy

Terms of Use | Ad Choices

*my*Equifax™

SHEINDLE SOFER  

Home

**YOUR CREDIT**

**Credit Report** ⌃

  Summary

  **Revolving Accounts**

  Mortgage Accounts

  Installment Accounts

  Other Accounts

  Consumer Statement

  Personal Information

  Inquiries

  Public Records

  Collections

  Your Rights

**YOUR IDENTITY**

Freeze

Fraud & Active Duty Alerts

Dispute Center

Products for You

# Your Equifax credit report

As of **May 16, 2023**

Credit Report date

Equifax - May 16, 2023 ⌄

You still have **5 of 6 free Equifax credit reports** available before **May 16, 2024**.

Get my free credit report

‹ **Back**

## SYNCB/GAP

Report Date: May 16, 2023

## CLOSED

**ACCOUNT STATUS**

Closed accounts stay on your credit report for up to 10 years since the date of last activity. Negative information such as late payments or collections, generally stay on your Equifax credit report for up to 7 years from the date of first delinquency.

**Details**  |  Payments  |  Historical

### Overview

| | | | |
|---|---|---|---|
| Account Number | xxxxxxxxxxxx⬛ | Months Reviewed | 44 |
| Account Status | PAYS_AS_AGREED | Activity Designator | PAID_AND_CLOSED |
| Owner | INDIVIDUAL | Terms Frequency | MONTHLY |
| Account Type | REVOLVING | Term Duration | |
| Creditor Classification | | Purchased From | |
| Loan Type | CHARGE_ACCOUNT | Sold To | |
| Original Creditor Name | | | |

### Balance and Amounts

| | |
|---|---|
| Balance | $0 |
| Credit Limit | $300 |
| High Credit | $58 |
| Available Credit | $300 |

### Account Dates

| | |
|---|---|
| Date Opened | Aug 25, 2019 |
| Date Reported | Apr 30, 2023 |
| Date of Last Activity | Mar 2020 |
| Date of First Delinquency | |

### Comments and Contact

ACCOUNT CLOSED BY CREDIT GRANTOR

For questions regarding this account please contact:

**SYNCB/GAP**
4125 WINDWARD PLAZA

ALPHARETTA, GA 30005

## Disputes

If you find information in your credit report that you believe is incomplete or inaccurate, click FILE A DISPUTE.

FILE A DISPUTE

EFX

Copyright 2023 Equifax Inc. All rights reserved.

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

Privacy Policy

Terms of Use   |   Ad Choices

**my**Equifax™

SHEINDLE SOFER   1

Home

**YOUR CREDIT**

Credit Report ^

   Summary

   **Revolving Accounts**

   Mortgage Accounts

   Installment Accounts

   Other Accounts

   Consumer Statement

   Personal Information

   Inquiries

   Public Records

   Collections

   Your Rights

**YOUR IDENTITY**

Freeze

Fraud & Active Duty Alerts

Dispute Center

Products for You

# Your Equifax credit report

As of **May 16, 2023**

Credit Report date

Equifax - May 16, 2023 ⌄

You still have **5 of 6 free Equifax credit reports** available before **May 16, 2024**.

Get my free credit report

‹ Back

## SYNCB/GAP

Report Date: May 16, 2023

## CLOSED

### ACCOUNT STATUS

Closed accounts stay on your credit report for up to 10 years since the date of last activity. Negative information such as late payments or collections, generally stay on your Equifax credit report for up to 7 years from the date of first delinquency.

| Details | **Payments** | Historical |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.



| | Paid on time | **30** | 30 Days Past Due | **60** | 60 Days Past Due | **90** | 90 Days Past Due |
|---|---|---|---|---|---|---|---|
| **120** | 120 Days Past Due | **150** | 150 Days Past Due | **180** | 180 Days Past Due | **V** | Voluntary Surrender |
| **F** | Foreclosure | **C** | Collection Account | **CO** | Charge Off | **B** | Included in Bankruptcy |
| **R** | Repossession | **TN** | Too New to Rate | | No Data Available | | |

## Payment Details

| | | | |
|---|---|---|---|
| **Months Reviewed** | 44 | **Date of Last Payment** | Mar 2020 |
| **Payment Responsibility** | INDIVIDUAL | **Scheduled Payment Amount** | |
| **Deferred Payment Start Date** | | **Actual Payment Amount** | |
| **Date Closed** | Nov 2019 | **Charge Off Amount** | |

## Other Payments & Delinquencies

**Balloon Payment Date**

**Balloon Payment Amount**

**Delinquency First Reported**

**Amount Past Due**

**EFX**

Copyright 2023 Equifax Inc. All rights reserved.

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

Privacy Policy

Terms of Use | Ad Choices

*my***Equifax**™

SHEINDLE SOFER  

Home

**YOUR CREDIT**

**Credit Report** ▲

　　Summary

　　Revolving Accounts

　　Mortgage Accounts

　　Installment
　　Accounts

　　Other Accounts

　　Consumer
　　Statement

　　Personal
　　Information

　　**Inquiries**

　　Public Records

　　Collections

　　Your Rights

**YOUR IDENTITY**

Freeze

Fraud & Active Duty
Alerts

Dispute Center

Products for You

# Your Equifax credit report

As of **May 16, 2023**

**Credit Report date**

| Equifax - May 16, 2023 ▼ |
|---|

You still have **5 of 6 free Equifax credit reports** available before **May 16, 2024**.

**Get my free credit report**

# Inquiries

Report Date: May 16, 2023

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit scores and those that do not.

## Hard Inquiries

Inquiries that may impact your credit scores. These are inquiries made by companies with whom you have applied for a loan or credit. They may remain on your file up to 2 years.

| DATE | COMPANY | ADDRESS | REQUEST ORIGINATOR | |
|---|---|---|---|---|
| Aug 17, 2021 | CBNA | CBNA, PO BOX 6241, SIOUX FALLS, SD 57117 | | Dispute this |

## Soft Inquiries

Inquiries that do not impact your credit scores. These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

| DATE | COMPANY | DESCRIPTION | REQUEST ORIGINATOR |
|---|---|---|---|
| May 16, 2023 | TRUSTED ID/EQUIFAX | ID Report | |
| May 08, 2023 | CREDIT KARMA, INC | CONS RPT | |
| May 07, 2023 | CREDIT KARMA, INC | CONS RPT | |
| May 04, 2023 | CREDIT KARMA, INC | CONS RPT | |
| Apr 25, 2023 | CREDIT KARMA, INC | CONS RPT | |

| DATE | COMPANY | DESCRIPTION | REQUEST ORIGINATOR |
|------|---------|-------------|--------------------|
| Apr 24, 2023 | XACTUS | PREQMTG | LANDSTONE EQUITIES L |
| Apr 21, 2023 | CREDIT KARMA, INC | CONS RPT | |
| Apr 19, 2023 | CIC/EXPERIAN RPTS | CONS RPT | |
| Apr 17, 2023 | CREDIT KARMA, INC | CONS RPT | |
| Apr 14, 2023 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System | |
| Mar 27, 2023 | EQUIFAX AUTO MTNC UP | Automated Consumer Interview System | |
| Mar 27, 2023 | EQUIFAX | Automated Consumer Interview System | |
| Mar 24, 2023 | CREDIT KARMA, INC | CONS RPT | |
| Mar 24, 2023 | EQUIFAX | Automated Consumer Interview System | |
| Mar 24, 2023 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System | |
| Mar 24, 2023 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System | |
| Mar 10, 2023 | XACTUS | PREQMTG | LANDSTONE EQUITIES L |
| Mar 07, 2023 | INBOUNDPROSPECT, INC. | Promotional Inquiry | |
| Feb 22, 2023 | XACTUS | PREQMTG | LANDSTONE EQUITIES L |
| Feb 18, 2023 | CIC/EXPERIAN RPTS | CONS RPT | |
| Feb 18, 2023 | CREDIT KARMA, INC | CONS RPT | |
| Dec 31, 2022 | CREDIT KARMA, INC | CONS RPT | |
| Dec 15, 2022 | CREDIT KARMA, INC | CONS RPT | |
| Nov 23, 2022 | CREDIT KARMA, INC | CONS RPT | |

| DATE | COMPANY | DESCRIPTION | REQUEST ORIGINATOR |
|---|---|---|---|
| Nov 22, 2022 | CREDIT KARMA, INC | CONS RPT | |
| Nov 17, 2022 | CREDIT KARMA, INC | CONS RPT | |
| Nov 11, 2022 | CREDIT KARMA, INC | CONS RPT | |
| Nov 08, 2022 | AMERICAN FINANCIAL NETWORK INC | Promotional Inquiry | |
| Nov 08, 2022 | INBOUNDPROSPECT, INC. | Promotional Inquiry | |
| Nov 02, 2022 | CREDIT KARMA, INC | CONS RPT | |
| Aug 22, 2022 | CREDIT KARMA, INC | CONS RPT | |
| Aug 04, 2022 | AMERICAN FINANCIAL NETWORK INC | Promotional Inquiry | |
| Jun 30, 2022 | AMERICAN FINANCIAL NETWORK INC | Promotional Inquiry | |
| May 26, 2022 | AMERICAN FINANCIAL NETWORK INC | Promotional Inquiry | |

**EFX**

Copyright 2023 Equifax Inc. A

Equifax and the Equifax mark
product and company names
respective owners.

**Sheindle Sofer**

████████████

Staten Island, NY 10314

**Social Security#**████████████

03-28-2023

**VIA FAX**
**EQUIFAX**
Po Box 740256
Atlanta, GA 30374

To Whom It May Concern:

    I am disputing this account because I never received any statements from the creditor. Apparently, this account was sold from Synchrony to Barclays without informing me nor sending me any statements. I was not late and did not have the ability to pay anything that was due since I did not know who the creditor is. I called Synchrony and they told me they have no information on file as the account now belongs to Barclays. So then I called Barclays and they said I have to call Synchrony since Barclays is not reporting any late history. Please contact the creditors and bring this to their attention so they can remove these lates or if they don't respond accurately, you should remove the negative history on this account.

- SYNCB/GAP # ████████████

Thank you

**Sheindle Sofer**



03/28

P.0001

```
*********************************************
***           Send Results           ***
*********************************************
```

Sending is complete.

| No. | 4164 |
| ess | 18888260571 |
| t Time | 03/28 03:21 PM |
| Length | 00'30 |
| ts | 1 |
| lt | OK |

**Sheindle Sofer**

████████████████

Staten Island, NY 10314

**Social Security#** ████████████

03-28-2023

6
0374

lay Concern:

puting this account because I never received any statements
litor. Apparently, this account was sold from Synchrony to
out informing me nor sending me any statements. I was not late
ve the ability to pay anything that was due since I did not know
litor is. I called Synchrony and they told me they have no
n file as the account now belongs to Barclays. So then I called
they said I have to call Synchrony since Barclays is not
late history. Please contact the creditors and bring this to their
ey can remove these lates or if they don't respond accurately,
move the negative history on this account.

• SYNCB/GAP # ████████████████

**Sheindle Sofer**

███████████████

Staten Island, NY 10314

**Social Security#**███████████

03-28-2023

**VIA Certified Mail**
**Experian**
Po Box 9554
Allen, TX 75013

To Whom It May Concern:

I am disputing this account because I never received any statements from the creditor. Apparently, this account was sold from Synchrony to Barclays without informing me nor sending me any statements. I was not late and did not have the ability to pay anything that was due since I did not know who the creditor is. I called Synchrony and they told me they have no information on file as the account now belongs to Barclays. So then I called Barclays and they said I have to call Synchrony since Barclays is not reporting any late history. Please contact the creditors and bring this to their attention so they can remove these lates or if they don't respond accurately, you should remove the negative history on this account.

- SYNCB/GAP # ██████████████

Thank you

Sheindle Sofer

**Sheindle Sofer**

███████████

Staten Island, NY 10314

**Social Security#** ███████████

03-28-2023

**VIA Certified Mail**
**Transunion**
Po Box 2000
Chester, PA 19016

To Whom It May Concern:

I am disputing this account because I never received any statements from the creditor. Apparently, this account was sold from Synchrony to Barclays without informing me nor sending me any statements. I was not late and did not have the ability to pay anything that was due since I did not know who the creditor is. I called Synchrony and they told me they have no information on file as the account now belongs to Barclays. So then I called Barclays and they said I have to call Synchrony since Barclays is not reporting any late history. Please contact the creditors and bring this to their attention so they can remove these lates or if they don't respond accurately, you should remove the negative history on this account. I personally signed and sent this letter.

- SYNCB/GAP # ███████████

Thank you

*Sheindle Sofer*

Personal Credit Report for:
**SHEINDLE SOFER**

File Number:
**437730813**

Date Created:
**05/16/2023**

Visit **transunion.com/dispute** to start a dispute online.

## 👤 Personal Information

You have been on our files since 03/10/2013. Your SSN has been masked for your protection.

**Credit Report Date**

05/16/2023

**Social Security Number**

**Date of Birth**

**Name**

SHEINDLE R. SOFER

**Also Known As**

| AKA |
| --- |
| SHEINDEL R. SOFER |

## Addresses

**Current Address**

██████████████████ STATEN ISLAND, NY 10314-4242

**Date Reported**

07/05/2017

**Other Address**

████████████████ BROOKLYN, NY 11219-2020

**Date Reported**

03/10/2013

## Phone Numbers

**Phone Number**

████████████

**Phone Number**

████████████

**Phone Number**

████████████

## 🏛 Accounts

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

**Payment/Remarks Key**

**Ratings**

OK   Current, paying or paid as agreed

N/R   Not Reported

X   Unknown

30   Account 30 days late

60   Account 60 days late

90   Account 90 days late

120   Account 120 or more days late

COL   Transferred to collection

VS   Voluntarily surrendered

RPO   Repossession

C/O   Charged off by account provider

FC   Foreclosure

**Remarks**

**AAP:** Loan assumed by another party

**ACQ:** Acquired from another lender

**ACR:** Account closed due to refinance

**ACT:** Account closed due to transfer

**AFR:** Account acquired by RTC/FDIC

**AID:** Account information disputed by consumer

**AJP:** Adjustment pending

**AMD:** Active military duty

**AND:** Affected by natural disaster

**BAL:** Balloon payment

**BKL:** Included in bankruptcy

**BKW:** Bankruptcy withdrawn

**CAD:** Dispute account/closed by consumer

**CBC:** Account closed by consumer

**CBD:** Dispute resolved/consumer disagrees/closed by consumer

**CBG:** Canceled by credit grantor

**CBL:** Chapter 7 bankruptcy

**CBR:** Chapter 11 bankruptcy

**CBT:** Chapter 12 bankruptcy

**CLA:** Placed for collection

**CLO:** Closed

**CLS:** Credit line suspended

**CRB:** Collateral released—balance owing

**CTR:** Account closed—transfer to refinance

**CTS:** Contact subscriber

**DDR:** -none-

**DLU:** Deed in lieu

**DM:** Bankruptcy dismissed

**DRC:** Dispute resolved/consumer disagrees

**DRG:** Dispute resolved reported by credit grantor

**ER:** Election of remedy

**ETB:** Early termination/balance owing

**ETI:** Early termination by default

**ETO:** Early termination/obligation settled

**ETS:** Early termination/status pending

**FCL:** Foreclosure

**FPD:** Account paid, foreclosure started

**FPI:** Foreclosure initiated

**FRD:** Foreclosure collateral sold

**FTB:** Full termination/balance owing

**FTO:** Full termination/obligation satisfied

**FTS:** Full termination/status pending

**INA:** Inactive account

**INP:** Debt being paid through insurance

**INS:** Paid by insurance

**IRB:** Involuntary repossession/balance owing

**IRE:** Involuntary repossession

**IRO:** Involuntary repossession/obligation satisfied

**JUG:** Judgment granted

**LA:** Lease assumption

**LMN:** Loan Modified Not GOVT (government)

**LNA:** Credit line is no longer available

**MCC:** Managed by credit counseling service

**MOV:** No forwarding address

**NIR:** Student loan not in repayment

**NPA:** Now paying

**PAL:** Purchase by another lender

**PCL:** Paid collection

**PDD:** Paid by dealer

**PDE:** Payment deferred

**PDI:** Principle deferred/initial payment only

**PFC:** Account paid from collateral

**PLL:** Prepaid lease

**PLP:** Profit and loss now paying

**PNR:** First payment never received

**PPA:** Paying partial payment agreement

**PPD:** Paid by co-maker

**PPL:** Paid profit and loss

**PRD:** Payroll deduction

**PRL:** Profit and loss write-off

**PWG:** Account payment, wage garnish

**REA:** Reaffirmation of debt

**REP:** Substitute/replacement account

**RFN:** Refinanced

**RPD:** Paid repossession

**RPO:** Repossession

**RRE:** Repossession redeemed

**RVN:** Returned voluntarily

**RVR:** Returned voluntarily/redeemed

**SET:** Settled–less than full balance

**SGL:** Government secured guaranteed

**SIL:** Simple interest loan

**SLP:** Student loan perm assign government

**SPL:** Single payment loan

**STL:** Credit card lost/stolen

**TRF:** Transfer

**TRL:** Transferred to another lender

**TTR:** Transferred to recovery

**WEP:** Chapter 13 bankruptcy

For account information other than payment history, we may show brackets > < to indicate information that may negatively affect your credit health.

## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

| Account Name |
|---|
| DISCOVER BANK█████████ |

### Account Information

| | |
|---|---|
| **Address** | PO BOX 30939 SALT LAKE CITY, UT 84130 |
| **Phone** | (800) 347-2683 |
| **Date Opened** | 04/20/2018 |

**Responsibility** Individual Account

| | |
|---|---|
| **Account Type** | Revolving Account |
| **Loan Type** | CREDIT CARD |
| **Balance** | $0 |
| **Date Updated** | 04/22/2022 |
| **Last Payment Made** | 04/22/2022 |
| **High Balance** | $1,511 |
| **Credit Limit** | $1,500 |
| **Pay Status** | Paid, Closed; was Paid as agreed |
| **Terms** | Paid Monthly |
| **Date Closed** | 06/26/2020 |
| **Date Paid** | 04/22/2022 |
| **Remarks** | CLOSED BY CREDIT GRANTOR; CLOSED |

**Payment History**

| April 2021 | May 2021 | June 2021 | July 2021 | August 2021 | September 2021 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | OK | OK | 30 |

| October 2021 | November 2021 | December 2021 | January 2022 | February 2022 | March 2022 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | 30 | OK | OK | OK |

Total Months: 12

SYNCB/GAP

## Account Information

| | |
|---|---|
| **Address** | PO BOX 965005 ORLANDO, FL 32896-5005 |
| **Phone** | (800) 887-1198 |
| **Date Opened** | 08/25/2019 |
| **Responsibility** | Individual Account |
| **Account Type** | Revolving Account |
| **Loan Type** | CHARGE ACCOUNT |
| **Balance** | $0 |
| **Date Updated** | 04/30/2023 |

Case 1:23-cv-04844-DLI-JAM Document 51-2 Filed 04/24/24 Page 24 of 123 $0 PageID #: 546

| | |
|---|---|
| **Last Payment Made** | 03/29/2020 |
| **High Balance** | $58 |
| **Credit Limit** | $300 |
| **Pay Status** | Paid, Closed; was Paid as agreed |
| **Terms** | Paid Monthly |
| **Date Closed** | 11/29/2019 |
| **Date Paid** | 03/29/2020 |
| **Remarks** | CLOSED BY CREDIT GRANTOR; CLOSED |

## Payment History

| August 2019 | September 2019 | October 2019 | November 2019 | December 2019 | January 2020 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| **OK** | **OK** | **30** | **60** | **90** | **120** |

| February 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| **120** | **OK** | **OK** | **OK** | **OK** | **OK** |

| August 2020 | September 2020 | October 2020 | November 2020 | December 2020 | January 2021 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| **OK** | **OK** | **OK** | **OK** | **OK** | **OK** |

| February 2021 | March 2021 | April 2021 | May 2021 | June 2021 | July 2021 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| **OK** | **OK** | **OK** | **OK** | **OK** | **OK** |

| August 2021 | September 2021 | October 2021 | November 2021 | December 2021 | January 2022 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| **OK** | **OK** | **OK** | **OK** | **OK** | **OK** |

| February 2022 | March 2022 | April 2022 | May 2022 | June 2022 | July 2022 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| **OK** | **OK** | **OK** | **OK** | **OK** | **OK** |

| August 2022 | September 2022 | October 2022 | November 2022 | December 2022 | January 2023 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| **OK** | **OK** | **OK** | **OK** | **OK** | **OK** |

| February 2023 | March 2023 |
|---|---|
| Rating | Rating |
| **OK** | **OK** |

Total Months: 44

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

| Account Name |
|---|
| AMERICAN EXPRESS ███████████ |

### Account Information

| | |
|---|---|
| **Address** | PO BOX 981537 EL PASO, TX 79998 |
| **Phone** | (800) 874-2717 |
| **Monthly Payment** | $590 |
| **Date Opened** | 02/26/2014 |
| **Responsibility** | Individual Account |

| Account Type | Revolving Account |
|---|---|
| **Loan Type** | CREDIT CARD |
| **Balance** | $20,546 |
| **Date Updated** | 04/20/2023 |
| **Pay Status** | Current; Paid or Paying as Agreed |
| **Terms** | $590 per month; paid Monthly |
| **High Balance (Hist.)** | High balance of $35,039 from 11/2020 to 04/2023 |
| **Credit Limit (Hist.)** | Credit limit of $24,000 from 11/2020 to 04/2023 |

**Payment History**

| June 2016 | July 2016 | August 2016 | September 2016 | October 2016 | November 2016 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| December 2016 | January 2017 | February 2017 | March 2017 | April 2017 | May 2017 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| June 2017 | July 2017 | August 2017 | September 2017 | October 2017 | November 2017 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| December 2017 | January 2018 | February 2018 | March 2018 | April 2018 | May 2018 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | November 2018 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| December 2018 | January 2019 | February 2019 | March 2019 | April 2019 | May 2019 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| June 2019 | July 2019 | August 2019 | September 2019 | October 2019 | November 2019 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| December 2019 | January 2020 | February 2020 | March 2020 | April 2020 | May 2020 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**X** |

| June 2020 | July 2020 | August 2020 | September 2020 | October 2020 | November 2020 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance $24,341 |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due $0 |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment $596 |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| December 2020 | January 2021 | February 2021 | March 2021 | April 2021 | May 2021 |
|---|---|---|---|---|---|
| Balance $24,377 | Balance $24,349 | Balance $24,063 | Balance $24,423 | Balance $24,811 | Balance $24,459 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $609 | Scheduled Payment $608 | Scheduled Payment $562 | Scheduled Payment $639 | Scheduled Payment $658 | Scheduled Payment $476 |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| June 2021 | July 2021 | August 2021 | September 2021 | October 2021 | November 2021 |
|---|---|---|---|---|---|
| Balance $23,738 | Balance $23,370 | Balance $24,116 | Balance $24,112 | Balance $24,116 | Balance $24,073 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $476 | Scheduled Payment $476 | Scheduled Payment $476 | Scheduled Payment $476 | Scheduled Payment $476 | Scheduled Payment $476 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| December 2021 | January 2022 | February 2022 | March 2022 | April 2022 | May 2022 |
|---|---|---|---|---|---|
| Balance $24,119 | Balance $24,117 | Balance $24,027 | Balance $23,342 | Balance $24,080 | Balance $23,997 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $476 | Scheduled Payment $476 | Scheduled Payment $476 | Scheduled Payment $476 | Scheduled Payment $476 | Scheduled Payment $594 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| June 2022 | July 2022 | August 2022 | September 2022 | October 2022 | November 2022 |
|---|---|---|---|---|---|
| Balance $24,369 | Balance $24,130 | Balance $24,389 | Balance $23,647 | Balance $23,824 | Balance $23,929 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $635 | Scheduled Payment $629 | Scheduled Payment $652 | Scheduled Payment $618 | Scheduled Payment $646 | Scheduled Payment $674 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| December 2022 | January 2023 | February 2023 | March 2023 | April 2023 |
|---|---|---|---|---|
| Balance $24,420 | Balance $24,428 | Balance $24,211 | Balance $21,134 | Balance $20,546 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $733 | Scheduled Payment $687 | Scheduled Payment $653 | Scheduled Payment $632 | Scheduled Payment $590 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

Total Months: 83

**AMERICAN EXPRESS** ████████

## Account Information

**Address**                                           PO BOX 981537 EL PASO, TX 79998

| | |
|---|---|
| **Phone** | (800) 374-2377 |
| **Monthly Payment** | $593 |
| **Date Opened** | 04/19/2018 |
| **Responsibility** | Individual Account |
| **Account Type** | Revolving Account |
| **Loan Type** | CREDIT CARD |
| **Balance** | $20,962 |
| **Date Updated** | 04/18/2023 |
| **Pay Status** | Current; Paid or Paying as Agreed |
| **Terms** | $593 per month; paid Monthly |
| **High Balance (Hist.)** | High balance of $22,256 from 11/2020 to 03/2021; $22,593 from 04/2021 to 04/2023 |
| **Credit Limit (Hist.)** | Credit limit of $21,900 from 11/2020 to 04/2023 |

**Payment History**

| May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| November 2018 | December 2018 | January 2019 | February 2019 | March 2019 | April 2019 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| May 2019 | June 2019 | July 2019 | August 2019 | September 2019 | October 2019 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| November 2019 | December 2019 | January 2020 | February 2020 | March 2020 | April 2020 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| May 2020 | June 2020 | July 2020 | August 2020 | September 2020 | October 2020 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**X** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| November 2020 | December 2020 | January 2021 | February 2021 | March 2021 | April 2021 |
|---|---|---|---|---|---|
| Balance<br>$22,178 | Balance<br>$22,167 | Balance<br>$21,975 | Balance<br>$21,664 | Balance<br>$22,225 | Balance<br>$22,593 |
| Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Scheduled Payment<br>$536 | Scheduled Payment<br>$537 | Scheduled Payment<br>$548 | Scheduled Payment<br>$507 | Scheduled Payment<br>$564 | Scheduled Payment<br>$612 |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| May 2021 | June 2021 | July 2021 | August 2021 | September 2021 | October 2021 |
|---|---|---|---|---|---|
| Balance $22,273 | Balance $21,950 | Balance $21,628 | Balance $22,009 | Balance $21,863 | Balance $21,957 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $433 | Scheduled Payment $433 | Scheduled Payment $433 | Scheduled Payment $433 | Scheduled Payment $433 | Scheduled Payment $433 |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| November 2021 | December 2021 | January 2022 | February 2022 | March 2022 | April 2022 |
|---|---|---|---|---|---|
| Balance $21,955 | Balance $22,000 | Balance $21,990 | Balance $21,743 | Balance $21,629 | Balance $21,707 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $433 | Scheduled Payment $433 | Scheduled Payment $433 | Scheduled Payment $433 | Scheduled Payment $433 | Scheduled Payment $433 |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| May 2022 | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 |
|---|---|---|---|---|---|
| Balance $22,212 | Balance $21,938 | Balance $21,695 | Balance $22,235 | Balance $22,230 | Balance $22,063 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $560 | Scheduled Payment $543 | Scheduled Payment $569 | Scheduled Payment $586 | Scheduled Payment $581 | Scheduled Payment $600 |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| November 2022 | December 2022 | January 2023 | February 2023 | March 2023 | April 2023 |
|---|---|---|---|---|---|
| Balance $22,272 | Balance $22,291 | Balance $22,156 | Balance $22,243 | Balance $22,048 | Balance $20,962 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $611 | Scheduled Payment $634 | Scheduled Payment $628 | Scheduled Payment $597 | Scheduled Payment $622 | Scheduled Payment $593 |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

Total Months: 60

BANK OF AMERICA ███████

## Account Information

**Address**                                    PO BOX 982238 EL PASO, TX 79998-2235

| Phone | (800) 421-2110 |
|---|---|
| Date Opened | 09/30/2014 |
| Responsibility | Authorized Account |
| Account Type | Revolving Account |
| Loan Type | CREDIT CARD |
| Balance | $0 |
| Date Updated | 05/06/2023 |
| Last Payment Made | 04/06/2022 |
| Pay Status | Current; Paid or Paying as Agreed |
| Terms | Paid Monthly |
| Date Paid | 04/06/2022 |
| High Balance (Hist.) | High balance of $10,396 from 03/2023 to 05/2023 |
| Credit Limit (Hist.) | Credit limit of $3,900 from 03/2023 to 05/2023 |
| Remarks | Account information disputed by consumer (FCRA) |

Payment History

| March 2021 | April 2021 | May 2021 | June 2021 | July 2021 | August 2021 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| September 2021 | October 2021 | November 2021 | December 2021 | January 2022 | February 2022 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| March 2022 | April 2022 | May 2022 | June 2022 | July 2022 | August 2022 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| September 2022 | October 2022 | November 2022 | December 2022 | January 2023 | February 2023 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| March 2023 | April 2023 | May 2023 |
|---|---|---|
| Balance $0 | Balance $0 | Balance $0 |
| Past Due $0 | Past Due $0 | Past Due $0 |
| Rating **OK** | Rating **OK** | Rating **OK** |

Total Months: 27

CAPITAL ONE █████████████

## Account Information

| **Address** | P O Box 31293 Salt Lake City, UT 84131 |
|---|---|
| **Phone** | (800) 955-7070 |
| **Date Opened** | 08/03/2014 |
| **Responsibility** | Individual Account |

| Account Type | Revolving Account |
|---|---|
| **Loan Type** | CREDIT CARD |
| **Balance** | $0 |
| **Date Updated** | 02/23/2021 |
| **Last Payment Made** | 02/20/2015 |
| **Pay Status** | Paid, Closed; was Paid as agreed |
| **Terms** | Paid Monthly |
| **Date Closed** | 02/05/2021 |
| **Date Paid** | 02/20/2015 |
| **High Balance (Hist.)** | High balance of $2,209 from 11/2020 to 02/2021 |
| **Credit Limit (Hist.)** | Credit limit of $5,000 from 11/2020 to 02/2021 |
| **Remarks** | CLOSED BY CREDIT GRANTOR; CLOSED |

Payment History

| September 2014 | October 2014 | November 2014 | December 2014 | January 2015 | February 2015 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| March 2015 | April 2015 | May 2015 | June 2015 | July 2015 | August 2015 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| September 2015 | October 2015 | November 2015 | December 2015 | January 2016 | February 2016 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| March 2016 | April 2016 | May 2016 | June 2016 | July 2016 | August 2016 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| September 2016 | October 2016 | November 2016 | December 2016 | January 2017 | February 2017 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| March 2017 | April 2017 | May 2017 | June 2017 | July 2017 | August 2017 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| September 2017 | October 2017 | November 2017 | December 2017 | January 2018 | February 2018 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| September 2018 | October 2018 | November 2018 | December 2018 | January 2019 | February 2019 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| March 2019 | April 2019 | May 2019 | June 2019 | July 2019 | August 2019 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| September 2019 | October 2019 | November 2019 | December 2019 | January 2020 | February 2020 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| March 2020 | April 2020 | May 2020 | June 2020 | July 2020 | August 2020 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| September 2020 | October 2020 | November 2020 | December 2020 | January 2021 | February 2021 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance $0 | Balance $0 | Balance $0 | Balance $0 |
| Past Due - - - | Past Due - - - | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

Total Months: 78

JPMCB CARD SERVICES █████████████

## Account Information

| | |
|---|---|
| **Address** | PO BOX 15369 WILMINGTON, DE 19850 |
| **Phone** | (800) 945-2000 |
| **Date Opened** | 03/10/2013 |
| **Responsibility** | Authorized Account |

| | |
|---|---|
| **Account Type** | Revolving Account |
| **Loan Type** | FLEXIBLE SPENDING CREDIT CARD |
| **Balance** | $0 |
| **Date Updated** | 05/10/2023 |
| **Last Payment Made** | 05/10/2023 |
| **Pay Status** | Current; Paid or Paying as Agreed |
| **Terms** | Paid Monthly |
| **Date Paid** | 05/10/2023 |
| **High Balance (Hist.)** | High balance of $15,183 from 11/2020 to 05/2023 |
| **Credit Limit (Hist.)** | Credit limit of $8,600 from 11/2020 to 05/2023 |

**Payment History**

| July 2016 | August 2016 | September 2016 | October 2016 | November 2016 | December 2016 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| January 2017 | February 2017 | March 2017 | April 2017 | May 2017 | June 2017 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| July 2017 | August 2017 | September 2017 | October 2017 | November 2017 | December 2017 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| January 2018 | February 2018 | March 2018 | April 2018 | May 2018 | June 2018 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| July 2018 | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| January 2019 | February 2019 | March 2019 | April 2019 | May 2019 | June 2019 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| July 2019 | August 2019 | September 2019 | October 2019 | November 2019 | December 2019 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| January 2020 | February 2020 | March 2020 | April 2020 | May 2020 | June 2020 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| July 2020 | August 2020 | September 2020 | October 2020 | November 2020 | December 2020 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>$8,795 | Balance<br>$8,704 |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>$0 | Past Due<br>$0 |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>$228 | Scheduled Payment<br>$224 |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| January 2021 | February 2021 | March 2021 | April 2021 | May 2021 | June 2021 |
|---|---|---|---|---|---|
| Balance<br>$8,621 | Balance<br>$8,260 | Balance<br>$8,643 | Balance<br>$8,894 | Balance<br>$8,554 | Balance<br>$8,511 |
| Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Scheduled Payment<br>$227 | Scheduled Payment<br>$221 | Scheduled Payment<br>$209 | Scheduled Payment<br>$269 | Scheduled Payment<br>$224 | Scheduled Payment<br>$224 |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| July 2021 | August 2021 | September 2021 | October 2021 | November 2021 | December 2021 |
|---|---|---|---|---|---|
| Balance $8,762 | Balance $8,738 | Balance $8,879 | Balance $8,738 | Balance $8,669 | Balance $8,346 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $262 | Scheduled Payment $226 | Scheduled Payment $270 | Scheduled Payment $265 | Scheduled Payment $268 | Scheduled Payment $259 |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| January 2022 | February 2022 | March 2022 | April 2022 | May 2022 | June 2022 |
|---|---|---|---|---|---|
| Balance $8,425 | Balance $8,772 | Balance $8,409 | Balance $8,338 | Balance $8,535 | Balance $8,728 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $222 | Scheduled Payment $267 | Scheduled Payment $209 | Scheduled Payment $221 | Scheduled Payment $219 | Scheduled Payment $232 |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| July 2022 | August 2022 | September 2022 | October 2022 | November 2022 | December 2022 |
|---|---|---|---|---|---|
| Balance $8,916 | Balance $8,381 | Balance $8,718 | Balance $8,636 | Balance $8,844 | Balance $8,647 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $277 | Scheduled Payment $237 | Scheduled Payment $241 | Scheduled Payment $244 | Scheduled Payment $296 | Scheduled Payment $249 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| January 2023 | February 2023 | March 2023 | April 2023 | May 2023 |
|---|---|---|---|---|
| Balance $8,610 | Balance $8,823 | Balance $3,550 | Balance $4,052 | Balance $0 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $298 | Scheduled Payment $301 | Scheduled Payment $181 | Scheduled Payment $119 | Scheduled Payment - - - |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

Total Months: 83

JPMCB CARD SERVICES ███████

## Account Information

**Address**                                    PO BOX 15369 WILMINGTON, DE 19850

| | |
|---|---|
| **Phone** | (800) 945-2000 |
| **Date Opened** | 03/03/2013 |
| **Responsibility** | Authorized Account |
| **Account Type** | Revolving Account |
| **Loan Type** | FLEXIBLE SPENDING CREDIT CARD |
| **Balance** | $0 |
| **Date Updated** | 06/03/2014 |
| **High Balance** | $0 |
| **Credit Limit** | $5,000 |
| **Pay Status** | Paid, Closed; was Paid as agreed |
| **Terms** | Paid Monthly |
| **Date Closed** | 02/24/2014 |
| **Remarks** | Account closed at consumer's request; CLOSED |

**Payment History**

| April 2013 | May 2013 | June 2013 | July 2013 | August 2013 | September 2013 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| **OK** | **OK** | **OK** | **OK** | **OK** | **OK** |

| October 2013 | November 2013 | December 2013 | January 2014 | February 2014 | March 2014 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| **OK** | **OK** | **OK** | **OK** | **OK** | **OK** |

| April 2014 | May 2014 |
|---|---|
| Rating | Rating |
| **OK** | **OK** |

Total Months: 14

PLAZA HOME MORTGAGE

## Account Information

**Address**                1 CORPORATE DR,SUITE 360 LAKE ZURICH, IL 60047

**Phone**                (847) 550-7300

**Monthly Payment**                $0

**Date Opened**                06/15/2017

**Responsibility**                Joint Account

| Account Type | Mortgage Account |
|---|---|
| Loan Type | CONVENTIONAL REAL ESTATE MTG |
| Balance | $0 |
| Date Updated | 04/02/2018 |
| Payment Received | $4,265 |
| Last Payment Made | 03/15/2018 |
| High Balance | $697,000 |
| Pay Status | Transferred; was Paying as agreed |
| Terms | $0 per month, paid Monthly for 360 months |
| Date Closed | 04/02/2018 |
| Remarks | TRANSFERRED TO ANOTHER LENDER |

**Payment History**

| July 2017 | August 2017 | September 2017 | October 2017 | November 2017 | December 2017 |
|-----------|-------------|----------------|--------------|---------------|---------------|
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | OK | OK | OK |

| January 2018 | February 2018 | March 2018 |
|--------------|---------------|------------|
| Rating | Rating | Rating |
| OK | OK | OK |

Total Months: 9

TRUIST MORTGAGE ████████

## Account Information

| | |
|---|---|
| **Address** | PO BOX 849 RICHMOND, VA 23285 |
| **Phone** | (877) 596-5407 |
| **Monthly Payment** | $4,512 |
| **Date Opened** | 06/15/2017 |
| **Responsibility** | Joint Account |
| **Account Type** | Mortgage Account |
| **Loan Type** | CONVENTIONAL REAL ESTATE MTG |
| **Balance** | $618,646 |

| Date Updated | 05/05/2023 |
|---|---|
| **Payment Received** | $9,024 |
| **Last Payment Made** | 05/05/2023 |
| **Pay Status** | Current; Paid or Paying as Agreed |
| **Terms** | $4,512 per month, paid Monthly for 360 months |
| **High Balance (Hist.)** | High balance of $697,000 from 11/2020 to 05/2023 |

Payment History

| April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**X** | Rating<br>**X** | Rating<br>**X** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| October 2018 | November 2018 | December 2018 | January 2019 | February 2019 | March 2019 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| April 2019 | May 2019 | June 2019 | July 2019 | August 2019 | September 2019 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| October 2019 | November 2019 | December 2019 | January 2020 | February 2020 | March 2020 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| April 2020 | May 2020 | June 2020 | July 2020 | August 2020 | September 2020 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| October 2020 | November 2020 | December 2020 | January 2021 | February 2021 | March 2021 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>$657,148 | Balance<br>$655,876 | Balance<br>$654,570 | Balance<br>$651,843 | Balance<br>$651,843 |
| Past Due<br>- - - | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 | Past Due<br>$0 |
| Amount Paid<br>- - - | Amount Paid<br>$4,656 | Amount Paid<br>$4,678 | Amount Paid<br>$5,092 | Amount Paid<br>$9,439 | Amount Paid<br>$0 |
| Scheduled Payment<br>- - - | Scheduled Payment<br>$4,456 | Scheduled Payment<br>$4,456 | Scheduled Payment<br>$4,419 | Scheduled Payment<br>$4,419 | Scheduled Payment<br>$4,419 |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| April 2021 | May 2021 | June 2021 | July 2021 | August 2021 | September 2021 |
|---|---|---|---|---|---|
| Balance $650,472 | Balance $649,117 | Balance $647,663 | Balance $646,226 | Balance $644,905 | Balance $643,507 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $4,791 | Amount Paid $4,769 | Amount Paid $4,791 | Amount Paid $4,841 | Amount Paid $4,719 | Amount Paid $4,791 |
| Scheduled Payment $4,419 | Scheduled Payment $4,419 | Scheduled Payment $4,419 | Scheduled Payment $4,419 | Scheduled Payment $4,419 | Scheduled Payment $4,419 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| October 2021 | November 2021 | December 2021 | January 2022 | February 2022 | March 2022 |
|---|---|---|---|---|---|
| Balance $642,331 | Balance $641,223 | Balance $640,111 | Balance $639,066 | Balance $637,946 | Balance $636,599 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $4,491 | Amount Paid $4,419 | Amount Paid $4,419 | Amount Paid $4,419 | Amount Paid $4,587 | Amount Paid $4,809 |
| Scheduled Payment $4,419 | Scheduled Payment $4,419 | Scheduled Payment $4,419 | Scheduled Payment $4,516 | Scheduled Payment $4,516 | Scheduled Payment $4,516 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| April 2022 | May 2022 | June 2022 | July 2022 | August 2022 | September 2022 |
|---|---|---|---|---|---|
| Balance $635,469 | Balance $634,185 | Balance $633,117 | Balance $631,902 | Balance $630,683 | Balance $629,531 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $4,587 | Amount Paid $4,666 | Amount Paid $4,516 | Amount Paid $4,659 | Amount Paid $4,586 | Amount Paid $4,583 |
| Scheduled Payment $4,516 | Scheduled Payment $4,516 | Scheduled Payment $4,516 | Scheduled Payment $4,516 | Scheduled Payment $4,512 | Scheduled Payment $4,512 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| October 2022 | November 2022 | December 2022 | January 2023 | February 2023 | March 2023 |
|---|---|---|---|---|---|
| Balance $628,293 | Balance $627,046 | Balance $625,830 | Balance $624,658 | Balance $623,469 | Balance $622,216 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $4,592 | Amount Paid $4,597 | Amount Paid $4,633 | Amount Paid $4,583 | Amount Paid $4,597 | Amount Paid $4,655 |
| Scheduled Payment $4,512 | Scheduled Payment $4,512 | Scheduled Payment $4,512 | Scheduled Payment $4,512 | Scheduled Payment $4,512 | Scheduled Payment $4,512 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| April 2023 | May 2023 |
|---|---|
| Balance $621,031 | Balance $618,646 |
| Past Due $0 | Past Due $0 |
| Amount Paid $4,512 | Amount Paid $9,024 |
| Scheduled Payment $4,512 | Scheduled Payment $4,512 |
| Rating **OK** | Rating **OK** |

Total Months: 62

## Inquiries

### Regular Inquiries

Regular Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.

| Name |
|---|
| **MERRICK BANK** |

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 9201 OLD BETHPAGE, NY 11804 | 08/22/2022 | (800) 204-5936 |

Inquiry Type
Individual

**CREDIT ONE BANK**

| Location | Requested On | Phone |
|---|---|---|
| 6801 S CIMARRON ROAD<br>LAS VEGAS, NV 89113 | 08/17/2021 | (702) 269-1000 |

Inquiry Type
Individual

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

| Name |
|---|

**UPSTART NETWORK INC**

| Location | Requested On | Phone |
|---|---|---|
| 2 circle star way<br>2ND FLOOR<br>SAN CARLOS, CA 94070 | 04/26/2023, 09/28/2022,<br>06/28/2022, 06/02/2022 | (833) 568-7899 |

**SILVERLAKE FINANCIAL LLC**

| Location | Requested On | Phone |
|---|---|---|
| 930 W 17TH STREET<br>UNIT D<br>SANTA ANA, CA 92706 | 04/24/2023, 12/27/2022, 10/20/2022,<br>08/23/2022 | (714) 390-1995 |

**TRANSUNION INTERACTIVE**

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET<br>SAN LUIS OBISPO, CA 93401 | 04/24/2023, 03/23/2023,<br>03/10/2023, 02/12/2023, 01/12/2023,<br>01/02/2023, 11/25/2022, 09/25/2022,<br>09/11/2022, 08/24/2022, 07/25/2022,<br>07/11/2022, 07/01/2022, 06/24/2022 | (844) 580-6816 |

**TRANSUNION CONSUMER INTE**

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET<br>SAN LUIS OBISP, CA 93401 | 04/24/2023, 03/24/2023,<br>03/23/2023, 03/11/2023, 03/10/2023,<br>02/12/2023, 01/12/2023, 01/02/2023,<br>11/25/2022, 09/25/2022, 09/11/2022,<br>08/24/2022, 08/12/2022, 07/25/2022,<br>07/11/2022, 07/01/2022, 06/24/2022,<br>06/12/2022, 05/22/2022 | (805) 782-8282 |

### RPR PROPERTIES HOLDINGS LLC DBA PRIVATE US LOANS

| Location | Requested On | Phone |
|---|---|---|
| 2230 W. CHAPMAN AVE<br>SUITE 260<br>ORANGE, CA 92868 | 03/30/2023 | (714) 385-2803 |

### INBOUNDPROSPECT INC

| Location | Requested On | Phone |
|---|---|---|
| 610 NEWPORT CENTER DRIVE<br>SUITE 600<br>NEWPORT BEACH, CA 92660 | 02/15/2023, 08/18/2022 | (800) 299-3511 |

### GRANITE BAY ACCEPTANCE C

| Location | Requested On | Phone |
|---|---|---|
| 1781 VINEYARD DR. #222<br>ANTIOCH, CA 94509 | 12/29/2022, 11/30/2022, 07/26/2022 | (925) 208-0907 |

### KUBER FINANCIAL

| Location | Requested On | Phone |
|---|---|---|
| 200 SPECTRUM CENTER DRIVE<br>IRVINE, CA 92618 | 07/05/2022 | (888) 765-4334 |

## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may

have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

| Name |
|------|

**TRANSUNION CONSUMER INTE**

| Location | Requested On | Phone |
|----------|--------------|-------|
| 760 MARKET STREET 10TH FLOOR SAN FRANCISCO, CA 94102 | 05/13/2023 | (844) 580-6816 |

**AMERICAN EXPRESS**

| Location | Requested On | Phone |
|----------|--------------|-------|
| PO BOX 981537 EL PASO, TX 79998 | 08/23/2022 | (800) 874-2717 |

**SHEINDLE SOFER via TRANSUNION INTERACTIVE IN**

| Location | Requested On | Phone |
|----------|--------------|-------|
| 100 CROSS ST STE 202 SAN LUIS OBISPO, CA 93401 | 05/16/2023, 05/16/2023 | (855) 681-3196 |

**TU INTERACTIVE**

| Location | Requested On | Phone |
|----------|--------------|-------|
| 100 CROSS ST 202 SAN LUIS OBISPO, CA 93401 | 05/16/2023 | (844) 580-6816 |

**CONSUMERINFO.COM**

| Location | Requested On | Phone |
|----------|--------------|-------|
| 475 ANTON BLVD COSTA MESA, CA 92626 | 05/16/2023, 05/12/2023, 05/11/2023, 05/09/2023, 04/25/2023, 04/19/2023, 04/03/2023 | (888) 397-3742 |

**SHEINDLE R SOFER via KARMATRANSUNION INTERACT**

Location
100 CROSS STREET
SAN LUIS OBISPO, CA 93401

Requested On
05/08/2023

Phone
(844) 580-6816

-----

**LANDSTONE EQUITIES L via CREDIT PLUS INC**

Location
31550 WINTERPLACE PKWY
SALISBURY, MD 21804

Requested On
04/24/2023, 03/10/2023, 02/22/2023

Phone
(800) 258-3488

-----

**SHEINDLE SOFER via TRANSUNION INTERACTIVE**

Location
100 CROSS STREET 202
SAN LUIS OBISPO, CA 93401

Requested On
04/23/2023, 03/22/2023,
01/30/2023, 12/30/2022, 11/16/2022,
10/09/2022, 09/25/2022,
09/09/2022, 08/22/2022,
07/26/2022, 07/13/2022, 06/19/2022

Phone
(800) 493-2392

-----

**CONSUMERINFO via CONSUMER INFO.COM**

Location
PO BOX 2390
ALLEN, TX 75013

Requested On
04/19/2023

Phone
(877) 481-6826

-----

**TRANSUNION INTERACTIVE**

Location
100 CROSS STREET 202
SAN LUIS OBISPO, CA 93401

Requested On
08/22/2022

Phone
(844) 580-6816

-----

**TRANSUNION INTERACTIVE**

Location
100 CROSS STREET 202
SAN LUIS OBISPO, CA 93401

Requested On
08/22/2022

Phone
(800) 493-2392

-----

**RADIUS GLOBAL SOLUTIONS**

Location
9550 REGENCY SQUARE BLVD
SUITE 602
JACKSONVILLE, FL 32225

Requested On
08/02/2022

Phone
(866) 394-2675

---

**OPTUMNORTHWELL HEALTH**

Location
35 PINELAWN ROAD
100W
MELVILLE, NY 11747

Requested On
06/15/2022

Phone
(631) 719-2200

---

**JQ78CAE0BIT4WJFZ via CONSUMERDIRECT**

Location
265 BRIGGS AVENUE
COSTA MESA, CA 92626

Requested On
12/04/2021

Phone
(877) 372-3895

---

**MEDICAL DEBT RESOLUT via MEDICAL DEBT RESOLUTION**

Location
80 THEODORE FREMD AVE
RYE, NY 10580

Requested On
11/02/2021

Phone
(844) 637-3328

#  Additional Information

The following disclosure of information might pertain to you. This additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Name Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, and/or Third Party Supplemental Information. Authorized parties may also receive the additional information below from TransUnion.

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

## Supplemental Public Records and Residential Information

**Requested On:**

TRANSUNION CONSUMER INTE

| | |
|---|---|
| Requested on:<br>03/04/2023 | Total Tax Amount:<br>$8,294 |
| Land Mass in Acres:<br>0.09 | Building Size in Square Feet:<br>0 |
| Total Land Mass in Square Feet:<br>4040 | Assessed Land Value:<br>$12,480 |
| Assessed Improvement Value:<br>$37,500 | Total Assessed Value of the Land and Improvements:<br>$49,980 |
| Market Improvement Value:<br>$625,000 | Total Market Value of the Land and Improvements:<br>$833,000 |
| Improvement Value:<br>$625,000 | Real Estate Sale Price:<br>$620,000 |
| Home Equity Loans:<br>0 | Home Equity Loan Amount:<br>$0 |
| Refinance or Equity Fixed Mortgages in Last 24 Months:<br>0 | Conventional Mortgages recorded in the Last 24 Months:<br>0 |
| FHA Mortgage Loans Recorded:<br>0 | First Mortgage Amount:<br>$697 |
| Interest Rate on Most Recent Mortgage:<br>0.00 | Loan Term of Most Recent Mortgage (in Months):<br>360 |
| Foreclosure:<br>No | |

# Should you wish to contact TransUnion, you may do so,

- **Online:**

  To report an inaccuracy, please visit: service.transunion.com

- **By Mail:**

  TransUnion Consumer Relations
  P.O. Box 2000
  Chester, PA 19016-2000

- **By Phone:**

  (800) 916-8800

  You may contact us Monday - Friday 8 AM - 11 PM Eastern Time and Saturday - Sunday 8 AM - 5 PM Eastern Time, except on major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

# SUMMARY OF RIGHTS

**GENERAL SUMMARY OF RIGHTS UNDER THE FCRA**

Para informacion en espanol, visite www.consumerfinance.gov/learnmore ⤢ o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

**A Summary of Your Rights Under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore ⤢, or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your 'file disclosure'). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free disclosure if:

  - a person has taken adverse action against you because of information in your credit report;

  - you are the victim of identity theft and place a fraud alert on your file;

- your file contains inaccurate information as a result of fraud;

- you are on public assistance;

- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore ⧉ for more additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore ⧉ for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore ⧉.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT)

- **You have a right to place a security freeze on your credit report which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes

**75 of 122**

activities related to account maintenance, monitoring of credit line increases, and account upgrades and enhancements.

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore ⧉.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS | CONTACT |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau 1700 G Street, N.W. Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue, N.W. Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above: a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act. | b. Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106 |

d. Federal Credit Unions

National Credit Union
Administration
Office of Consumer Financial
Protection (OCFP)
Division of Consumer
Compliance Policy and
Outreach
1775 Duke Street
Alexandria, VA 22314

3. Air carriers

Asst. General Counsel for
Aviation Enforcement &
Proceedings
Aviation Consumer Protection
Division
Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, DC 20590

4. Creditors Subject to the Surface Transportation Board

Office of Proceedings, Surface
Transportation Board
Department of Transportation
395 E Street, S.W.
Washington, DC 20423

5. Creditors Subject to the Packers and Stockyards Act, 1921

Nearest Packers and
Stockyards Administration area
supervisor

6. Small Business Investment Companies

Associate Deputy Administrator
for Capital Access
United States Small Business
Administration
409 Third Street, S.W., Suite
8200
Washington, DC 20416

7. Brokers and Dealers

Securities and Exchange
Commission
100 F Street, N.E.
Washington, DC 20549

8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations

Farm Credit Administration
1501 Farm Credit Drive
McLean, VA 22102-5090

9. Retailers, Finance Companies, and All Other Creditors Not Listed Above

Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
(877) 382-4357

# FRAUD VICTIM RIGHTS

**SUMMARY OF RIGHTS UNDER THE FCRA OF VICTIMS OF IDENTITY THEFT**

Para informacion en espanol, visite www.consumerfinance.gov/learnmore ⧉ o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552

**Remedying the Effects of Identity Theft**

You are receiving this information because you have notified a consumer reporting agency that you believe you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security Number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore ⧉ or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe you that you are, a victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.**

   The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

   A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

2. **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore ↗.

You may place a fraud alert in your file by calling just one of the three nationwide credit reporting agencies. As soon as that agency processes your alert, it will notify the other two, which then must also place fraud alerts in your file.

- Equifax: 1-800-525-6285; www.equifax.com ↗
- Experian: 1-888-397-3742; www.experian.com ↗
- TransUnion: 1-800-680-7289;www.transunion.com ↗

3. **You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore ↗

4. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore ↗.

5. **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

6. **If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer or place the debt for collection.

**79 of 122**

7. **You may also prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an <u>identity theft report</u>.

To learn more about identity theft and how to deal with its consequences, visit <u>www.consumerfinance.gov/learnmore</u> ⬀, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at <u>www.consumerfinance.gov/learnmore</u> ⬀.

# USPS Tracking®

FAQs ❯

**Remove** ✕

**Tracking Number:**

## 70212720000093596346

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered and is available at a PO Box at 5:01 pm on April 10, 2023 in ALLEN, TX 75013.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, PO Box**
ALLEN, TX 75013
April 10, 2023, 5:01 pm

**Arrived at Post Office**
ALLEN, TX 75013
April 10, 2023, 3:32 pm

**Departed USPS Regional Facility**
COPPELL TX DISTRIBUTION CENTER
April 9, 2023, 5:11 pm

**Arrived at USPS Regional Facility**
COPPELL TX DISTRIBUTION CENTER
April 9, 2023, 6:42 am

**In Transit to Next Facility**
April 8, 2023

**Departed USPS Regional Facility**

MIAMI FL DISTRIBUTION CENTER
April 5, 2023, 10:37 pm

**Arrived at USPS Regional Facility**

MIAMI FL DISTRIBUTION CENTER
April 5, 2023, 8:52 pm

**Hide Tracking History**

---

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                     ⌄

---

**Product Information**                                     ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs ❯

Remove ✕

Tracking Number:

## 70212720000093596339

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 5:17 pm on April 8, 2023 in CHESTER, PA 19013.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Individual Picked Up at Post Office**
CHESTER, PA 19013
April 8, 2023, 5:17 pm

**Arrived at Post Office**
CHESTER, PA 19013
April 8, 2023, 9:05 am

**Arrived at USPS Regional Destination Facility**
PHILADELPHIA PA DISTRIBUTION CENTER
April 7, 2023, 11:28 am

**In Transit to Next Facility**
April 6, 2023

**Departed USPS Regional Origin Facility**
MIAMI FL DISTRIBUTION CENTER
April 5, 2023, 10:01 pm

**Arrived at USPS Regional Origin Facility**
MIAMI FL DISTRIBUTION CENTER

April 5, 2023, 8:50 pm

**USPS in possession of item**

NORTH MIAMI BEACH, FL 33160

April 5, 2023, 2:24 pm

**Hide Tracking History**

---

Text & Email Updates                                               ∨

---

USPS Tracking Plus®                                                ∨

---

Product Information                                                ∨

**See Less** ∧

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



Prepared For

**SHEINDLE SOFER**

Personal & Confidential

Date Generated   May 16, 2023

Report Number   0128-8827-33

# At a Glance    10 Accounts      0 Public Records      1 Hard Inquiries

## Personal Information

4 Names      3 Addresses      1 Employers      4 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

## Names

**SHEINDLE SOFER**

Name ID #24502

**SHEINDEL SOFER**

Name ID #14197

**SHEINDLE R SOFER**

Name ID #28484

**SHEINDELR SOFER**

Name ID #7169

## Addresses

**STATEN ISLAND NY, 10314-4242**

Address ID ▮▮▮▮▮▮

Single family

**BROOKLYN NY, 11219-2020**

Address ID ▮▮▮▮▮▮

Single family

**BROOKLYN NY, 11219**

Address ID ▮▮▮▮▮▮

Single family

## Year of Birth

▮▮▮▮

**85 of 122**

## Phone Numbers

███████████

Residential

## Employers

**SPARKS**

## Notices

This address has pertained to a business: ██████████████ STATEN ISLAND NY 10314.

BUSINESS SERVICE: ████████████████, STATEN ISLAND, NY, 10314.

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## AMERICAN EXPRESS

### 📇 Account Info

| | | | |
|---|---|---|---|
| Account Name | **AMERICAN EXPRESS** | Balance | **$20,546** |
| Account Number | ███████ | Balance Updated | **04/20/2023** |
| Account Type | **Credit card** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | **$590** |
| Date Opened | **02/26/2014** | Credit Limit | **$24,000** |
| Status | **Open/Never late.** | Highest Balance | **$35,039** |
| Status Updated | **Apr 2023** | Terms | - |

### $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**86 of 122**

| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  Current / Terms met      ND      No data for this period

### 🧾 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Mar 2023 | $21,134 | $632 | $0 |
| Feb 2023 | $24,211 | $653 | $0 |
| Jan 2023 | $24,428 | $687 | $0 |
| Dec 2022 | $24,420 | $733 | $0 |
| Nov 2022 | $23,929 | $674 | $0 |
| Oct 2022 | $23,824 | $646 | $0 |
| Sep 2022 | $23,647 | $618 | $0 |
| Aug 2022 | $24,389 | $652 | $0 |
| Jul 2022 | $24,130 | $629 | $0 |
| Jun 2022 | $24,369 | $635 | $0 |
| May 2022 | $23,997 | $594 | $0 |
| Apr 2022 | $24,080 | $476 | $0 |
| Mar 2022 | $23,342 | $476 | $0 |
| Feb 2022 | $24,027 | $476 | $0 |
| Jan 2022 | $24,117 | $476 | $0 |
| Dec 2021 | $24,119 | $476 | $0 |
| Nov 2021 | $24,073 | $476 | $0 |
| Oct 2021 | $24,116 | $476 | $0 |
| Sep 2021 | $24,112 | $476 | $0 |
| Aug 2021 | $24,116 | $476 | $0 |
| Jul 2021 | $23,370 | $476 | $0 |
| Jun 2021 | $23,738 | $476 | $0 |
| May 2021 | $24,459 | $476 | $0 |

### Additional info

Between May 2021 and Mar 2023, your credit limit/high balance was $24,000

### ✉ Contact Info

Address          PO BOX 981537,
                 EL PASO TX 79998

**87 of 122**

Phone Number          (800) 874-2717

## AMERICAN EXPRESS

### 🪪 Account Info

| | | | |
|---|---|---|---|
| Account Name | **AMERICAN EXPRESS** | Balance | **$20,962** |
| Account Number | ▇▇▇▇▇▇ | Balance Updated | **04/18/2023** |
| Account Type | **Credit card** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | **$593** |
| Date Opened | **04/19/2018** | Credit Limit | **$21,900** |
| Status | **Open/Never late.** | Highest Balance | **$22,593** |
| Status Updated | **Apr 2023** | Terms | - |

### 💲 Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met     ND  No data for this period

### 🧾 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Mar 2023** | **$22,048** | **$622** | **$0** |
| **Feb 2023** | **$22,243** | **$597** | **$0** |
| **Jan 2023** | **$22,156** | **$628** | **$0** |
| **Dec 2022** | **$22,291** | **$634** | **$0** |
| **Nov 2022** | **$22,272** | **$611** | **$0** |
| **Oct 2022** | **$22,063** | **$600** | **$0** |
| **Sep 2022** | **$22,230** | **$581** | **$0** |
| **Aug 2022** | **$22,235** | **$586** | **$0** |
| **Jul 2022** | **$21,695** | **$569** | **$0** |
| **Jun 2022** | **$21,938** | **$543** | **$0** |
| **May 2022** | **$22,212** | **$560** | **$0** |
| **Apr 2022** | **$21,707** | **$433** | **$0** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Mar 2022** | **$21,629** | **$433** | **$0** |
| **Feb 2022** | **$21,743** | **$433** | **$0** |
| **Jan 2022** | **$21,990** | **$433** | **$0** |
| **Dec 2021** | **$22,000** | **$433** | **$0** |
| **Nov 2021** | **$21,955** | **$433** | **$0** |
| **Oct 2021** | **$21,957** | **$433** | **$0** |
| **Sep 2021** | **$21,863** | **$433** | **$0** |
| **Aug 2021** | **$22,009** | **$433** | **$0** |
| **Jul 2021** | **$21,628** | **$433** | **$0** |
| **Jun 2021** | **$21,950** | **$433** | **$0** |
| **May 2021** | **$22,273** | **$433** | **$0** |

**Additional info**

Between May 2021 and Mar 2023, your credit limit/high balance was $21,900

**Contact Info**



| | |
|---|---|
| Address | **PO BOX 981537,** **EL PASO TX 79998** |
| Phone Number | (800) 874-2717 |

---

# BANK OF AMERICA

### Account Info

| | | | |
|---|---|---|---|
| Account Name | **BANK OF AMERICA** | Balance | **$0** |
| Account Number | ▇▇▇▇▇▇▇ | Balance Updated | **05/04/2023** |
| Account Type | **Credit card** | Recent Payment | - |
| Responsibility | **Authorized user** | Monthly Payment | **$0** |
| Date Opened | **09/30/2014** | Credit Limit | **$3,900** |
| Status | **Open/Never late.** | Highest Balance | **$10,396** |
| Status Updated | **May 2023** | Terms | - |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓    Current / Terms met

### 📋 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Apr 2023 | $0 | $0 | $0 on 4/6/2022 |
| Mar 2023 | $0 | $0 | $0 on 4/6/2022 |
| Feb 2023 | $0 | $0 | $0 on 4/6/2022 |
| Jan 2023 | $0 | $0 | $0 on 4/6/2022 |
| Dec 2022 | $0 | $0 | $0 on 4/6/2022 |
| Nov 2022 | $0 | $0 | $0 on 4/6/2022 |
| Oct 2022 | $0 | $0 | $0 on 4/6/2022 |
| Sep 2022 | $0 | $0 | $0 on 4/6/2022 |
| Aug 2022 | $0 | $0 | $0 on 4/6/2022 |
| Jul 2022 | $0 | $0 | $0 on 4/6/2022 |
| Jun 2022 | $0 | $0 | $0 on 4/6/2022 |
| May 2022 | $0 | $0 | $0 on 4/6/2022 |
| Apr 2022 | $3,418 | $34 | $0 on 3/28/2022 |
| Mar 2022 | $3,513 | $35 | $0 on 9/27/2021 |
| Feb 2022 | $0 | $0 | $0 on 9/27/2021 |
| Jan 2022 | $0 | $0 | $0 on 9/27/2021 |
| Dec 2021 | $0 | $0 | $0 on 9/27/2021 |
| Nov 2021 | $0 | $0 | $0 on 9/27/2021 |
| Oct 2021 | $0 | $0 | $0 on 9/27/2021 |
| Sep 2021 | $78 | $39 | $0 on 9/1/2021 |
| Aug 2021 | $2,285 | $66 | $0 on 7/6/2021 |
| Jul 2021 | $2,266 | $25 | $0 on 12/2/2019 |
| Jun 2021 | $0 | $0 | $0 on 12/2/2019 |
| May 2021 | $0 | $0 | $0 on 12/2/2019 |

#### Additional info

Between May 2021 and Apr 2023, your credit limit/high balance was $3,900

---

### ✉ Contact Info

| | |
|---|---|
| Address | **PO BOX 982238,**<br>**EL PASO TX 79998** |
| Phone Number | (800) 421-2110 |

### Comment

**Current:**

Account information disputed by consumer (Meets requirement of
the Fair Credit Reporting Act).

**Previous:**

None

## CAPITAL ONE



## Account Info

| | | | |
|---|---|---|---|
| Account Name | **CAPITAL ONE** | Balance | - |
| Account Number | ▆▆▆▆▆ | Balance Updated | - |
| Account Type | **Credit card** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | - |
| Date Opened | **08/03/2014** | Credit Limit | **$5,000** |
| Status | **Paid, Closed/Never late.** | Highest Balance | **$2,209** |
| Status Updated | **Feb 2021** | Terms | - |
| | | On Record Until | **Feb 2031** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | CLS | — | — | — | — | — | — | — | — | — | — |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2014 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met     CLS   Closed

## Contact Info



| | |
|---|---|
| Address | **PO BOX 31293,** |
| | **SALT LAKE CITY UT 84131** |
| Phone Number | **(800) 955-7070** |

## Comment

**Current:**

**Account closed at credit grantor's request.**

**Previous:**

**None**

## ● DISCOVER BANK
### Potentially Negative

## Account Info

| | | | |
|---|---|---|---|
| Account Name | **DISCOVER BANK** | Balance | - |
| Account Number | ▆▆▆▆▆ | Balance Updated | - |
| Account Type | **Credit card** | Recent Payment | - |
| Responsibility | **Individual** | Monthly Payment | - |
| Date Opened | **04/20/2018** | Credit Limit | **$1,500** |

| | | |
|---|---|---|
| Status | **Paid, Closed.** | Highest Balance | **$1,511** |
| Status Updated | **May 2022** | Terms | - |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — | — | — | — |
| 2021 | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | **30** | ✓ | ✓ | **30** |

✓  Current / Terms met     **30**  Past due 30 days

CLS  Closed

**Payment history guide**

30 days past due as of Dec 2021, Sep 2021

## 📑 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Apr 2022** | $301 | $96 | $0 on 2/24/2022 |
| **Mar 2022** | $260 | $35 | $0 on 2/24/2022 |
| **Feb 2022** | $503 | $35 | $0 on 1/30/2022 |
| **Jan 2022** | $616 | $35 | $0 on 12/30/2021 |
| **Dec 2021** | $783 | $74 | $0 on 9/30/2021 |
| **Nov 2021** | $729 | $108 | $0 on 9/30/2021 |
| **Oct 2021** | $679 | $37 | $0 on 9/30/2021 |
| **Sep 2021** | $912 | $77 | $0 on 7/1/2021 |
| **Aug 2021** | $855 | $112 | $0 on 7/1/2021 |
| **Jul 2021** | $801 | $38 | $0 on 7/1/2021 |
| **Jun 2021** | $938 | $154 | $0 on 5/30/2021 |
| **May 2021** | $919 | $115 | $0 on 3/31/2021 |

**Additional info**

Between May 2021 and Apr 2022, your credit limit/high balance was $1,500

## ✉ Contact Info

| | |
|---|---|
| Address | **PO BOX 30939,**<br>**SALT LAKE CITY UT 84130** |
| Phone Number | (800) 347-2683 |

## 📝 Comment

**Current:**

**Account closed at credit grantor's request.**

**Previous:**



None

## Your Statement

**ITEM IN DISPUTE BY CONSUMER**

## Reinvestigation Info

**This item was updated from our processing of your dispute in Apr 2023.**

# JPMCB CARD

## Account Info

| | | | |
|---|---|---|---|
| Account Name | **JPMCB CARD** | Balance | - |
| Account Number | ███████ | Balance Updated | - |
| Account Type | **Credit Card** | Recent Payment | - |
| Responsibility | **Authorized user** | Monthly Payment | - |
| Date Opened | **03/03/2013** | Credit Limit | **$5,000** |
| Status | **Paid, Closed/Never late.** | Highest Balance | **$0** |
| Status Updated | **June 2014** | Terms | - |
| | | On Record Until | **Jun 2024** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — | — | — |
| 2013 | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS Closed

## Contact Info

Address        **PO BOX 15369,**
                  **WILMINGTON DE 19850**

Phone Number  (800) 945-2000

## Comment

**Current:**

**Account closed at consumer's request.**

**Previous:**

**None**

# JPMCB CARD

## Account Info

| | | | |
|---|---|---|---|
| Account Name | **JPMCB CARD** | Balance | **$0** |

| | | | |
|---|---|---|---|
| Account Number | ▉▉▉▉▉ | Balance Updated | 05/10/2023 |
| Account Type | **Credit Card** | Recent Payment | - |
| Responsibility | **Authorized user** | Monthly Payment | **$0** |
| Date Opened | **03/10/2013** | Credit Limit | **$8,600** |
| Status | **Open/Never late.** | Highest Balance | **$15,183** |
| Status Updated | **May 2023** | Terms | - |

## 💲 Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met

## 🧾 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Apr 2023** | **$4,052** | **$119** | **$0 on 4/5/2023** |
| **Mar 2023** | **$3,550** | **$181** | **$0 on 3/7/2023** |
| **Feb 2023** | **$8,823** | **$301** | **$0 on 1/8/2023** |
| **Jan 2023** | **$8,610** | **$298** | **$0 on 1/8/2023** |
| **Dec 2022** | **$8,647** | **$249** | **$0 on 12/5/2022** |
| **Nov 2022** | **$8,844** | **$296** | **$0 on 10/6/2022** |
| **Oct 2022** | **$8,636** | **$244** | **$0 on 10/6/2022** |
| **Sep 2022** | **$8,718** | **$241** | **$0 on 8/22/2022** |
| **Aug 2022** | **$8,381** | **$237** | **$0 on 8/6/2022** |
| **Jul 2022** | **$8,916** | **$277** | **$0 on 6/2/2022** |
| **Jun 2022** | **$8,728** | **$232** | **$0 on 6/2/2022** |
| **May 2022** | **$8,535** | **$219** | **$0 on 5/6/2022** |
| **Apr 2022** | **$8,338** | **$221** | **$0 on 4/6/2022** |
| **Mar 2022** | **$8,409** | **$209** | **$0 on 2/25/2022** |
| **Feb 2022** | **$8,772** | **$267** | **$0 on 1/6/2022** |
| **Jan 2022** | **$8,425** | **$222** | **$0 on 1/6/2022** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Dec 2021** | **$8,346** | **$259** | $0 on 12/7/2021 |
| **Nov 2021** | **$8,669** | **$268** | $0 on 11/5/2021 |
| **Oct 2021** | **$8,738** | **$265** | $0 on 10/5/2021 |
| **Sep 2021** | **$8,879** | **$270** | $0 on 8/5/2021 |
| **Aug 2021** | **$8,738** | **$226** | $0 on 8/5/2021 |
| **Jul 2021** | **$8,762** | **$262** | $0 on 6/6/2021 |
| **Jun 2021** | **$8,511** | **$224** | $0 on 6/6/2021 |
| **May 2021** | **$8,554** | **$224** | $0 on 5/5/2021 |

### Additional info

**Contact Info** 2021 and Apr 2023, your credit limit/high balance was $8,600



| | |
|---|---|
| Address | **PO BOX 15369,**<br>**WILMINGTON DE 19850** |
| Phone Number | (800) 945-2000 |

## PLAZA HOME MTG/DOVENMUEH

### Account Info

| | | | |
|---|---|---|---|
| Account Name | **PLAZA HOME**<br>**MTG/DOVENMUEH** | Balance | - |
| Account Number | ▉▉▉▉▉▉▉ | Balance Updated | - |
| Account Type | **Mortgage** | Recent Payment | - |
| Responsibility | **Joint with BURACH SOFER** | Monthly Payment | - |
| Date Opened | **06/15/2017** | Original Balance | **$697,000** |
| Status | **Transferred,closed/Never late.** | Highest Balance | - |
| Status Updated | **Apr 2018** | Terms | **30 Years** |
| | | On Record Until | **Apr 2028** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | ✓ | ✓ | ✓ | CLS | — | — | — | — | — | — | — | — |
| 2017 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met    CLS   Closed

### Contact Info

| | |
|---|---|
| Address | **1 CORPORATE DR STE 360,**<br>**LAKE ZURICH IL 60047** |
| Phone Number | (847) 550-7300 |

### Comment

**Current:**

**96 of 122**

Transferred to another lender

**Previous:**

None

## SUNTRUST BANK

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | **SUNTRUST BANK** | Balance | **$618,646** |
| Account Number | ██████████ | Balance Updated | **05/05/2023** |
| Account Type | **Mortgage** | Recent Payment | **$9,024 as of 5/5/2023** |
| Responsibility | **Joint with BURACH SOFER** | Monthly Payment | **$4,512** |
| Date Opened | **06/15/2017** | Original Balance | **$697,000** |
| Status | **Open/Never late.** | Highest Balance | **-** |
| Status Updated | **May 2023** | Terms | **30 Years** |
| | | Mortgage Agency Name | **Fannie Mae ID** |
| | | Mortgage Identification Number | **100109800003482107** |

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Apr 2023** | **$621,031** | **$4,512** | **$4,512 on 3/15/2023** |
| **Mar 2023** | **$622,216** | **$4,512** | **$4,655 on 2/23/2023** |
| **Feb 2023** | **$623,469** | **$4,512** | **$4,597 on 1/24/2023** |
| **Jan 2023** | **$624,658** | **$4,512** | **$4,583 on 12/29/2022** |
| **Dec 2022** | **$625,830** | **$4,512** | **$4,633 on 11/30/2022** |
| **Nov 2022** | **$627,046** | **$4,512** | **$4,597 on 10/9/2022** |
| **Oct 2022** | **$628,293** | **$4,512** | **$4,592 on 9/15/2022** |
| **Sep 2022** | **$629,531** | **$4,512** | **$4,583 on 8/30/2022** |
| **Aug 2022** | **$630,683** | **$4,512** | **$4,586 on 7/12/2022** |
| **Jul 2022** | **$631,902** | **$4,516** | **$4,659 on 6/29/2022** |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Jun 2022 | $633,117 | $4,516 | $4,516 on 5/25/2022 |
| May 2022 | $634,185 | $4,516 | $4,666 on 4/13/2022 |
| Apr 2022 | $635,469 | $4,516 | $4,587 on 3/30/2022 |
| Mar 2022 | $636,599 | $4,516 | $4,809 on 2/28/2022 |
| Feb 2022 | $637,946 | $4,516 | $4,587 on 1/28/2022 |
| Jan 2022 | $639,066 | $4,516 | $4,419 on 12/29/2021 |
| Dec 2021 | $640,111 | $4,419 | $4,419 on 11/30/2021 |
| Nov 2021 | $641,223 | $4,419 | $4,419 on 10/26/2021 |
| Oct 2021 | $642,331 | $4,419 | $4,491 on 9/25/2021 |
| Sep 2021 | $643,507 | $4,419 | $4,791 on 8/28/2021 |
| Aug 2021 | $644,905 | $4,419 | $4,719 on 7/28/2021 |
| Jul 2021 | $646,226 | $4,419 | $4,841 on 7/1/2021 |
| Jun 2021 | $647,663 | $4,419 | $4,791 on 5/25/2021 |
| May 2021 | $649,117 | $4,419 | $4,769 on 4/27/2021 |

### Additional info

The original amount of this account was $697,000



### Contact Info

| | |
|--|--|
| Address | PO BOX 849, WILSON NC 27894 |
| Phone Number | (877) 596-5407 |

---

## ● SYNCB/GAP
**Potentially Negative**



### Account Info

| | | | |
|--|--|--|--|
| Account Name | SYNCB/GAP | Balance | - |
| Account Number | ██████████ | Balance Updated | - |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 08/25/2019 | Credit Limit | $300 |
| Status | Paid, Closed. | Highest Balance | $58 |
| Status Updated | Mar 2020 | Terms | - |

### $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|--|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✓ | ✓ | CLS | — | — | — | — | — | — | — | — | — |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**98 of 122**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | **120** | **150** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | — | — | — | — | — | — | ✓ | ✓ | **30** | **60** | **90** |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | **30** | Past due 30 days |
| **60** | Past due 60 days | **90** | Past due 90 days |
| **120** | Past due 120 days | **150** | Past due 150 days |
| CLS | Closed | | |

**Payment history guide**

150 days past due as of Feb 2017

120 days past due as of Jan 2017

90 days past due as of Dec 2016

60 days past due as of Nov 2016

30 days past due as of Oct 2016

---

## Contact Info

| | |
|---|---|
| Address | **PO BOX 965005,**<br>**ORLANDO FL 32896** |
| Phone Number | **(800) 887-1198** |

---

## Comment

**Current:**

**Account closed at credit grantor's request.**

**Previous:**

**None**

---

## Your Statement

**ITEM IN DISPUTE BY CONSUMER**

---

## Reinvestigation Info

**This item was updated from our processing of your dispute in May 2023.**

# Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

# Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**99 of 122**

Case 1:23-cv-04844-DLI-JAM   Document 51-2   Filed 04/24/24   Page 101 of 123 PageID #:
623

**US SM BUS ADMIN ODA**

Inquired on 11/24/2021

14925 KINGSPORT RD FORT WORTH TX, 76155

Business. This inquiry is scheduled to continue on record until Dec 2023.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit.

**100 of 122**

## AMERICAN EXPRESS 2

Inquired on 04/24/2023

PO BOX 981537, EL PASO TX 79998
(800) 874-2717

## CREDIT KARMA

Inquired on 05/10/2023, 05/06/2023, 05/03/2023, 04/29/2023, 04/26/2023, 04/22/2023, 04/19/2023, 04/15/2023, 04/12/2023, 04/08/2023, 04/05/2023, 04/01/2023, 03/29/2023, 03/25/2023, 03/22/2023, 03/18/2023, 03/15/2023, 03/11/2023, 03/08/2023, 03/04/2023, 03/01/2023, 02/25/2023, 02/22/2023, 02/18/2023, 02/15/2023, 02/11/2023, 02/08/2023, 02/04/2023, 02/01/2023, 01/28/2023, 01/25/2023, 01/21/2023, 01/18/2023, 01/14/2023, 01/11/2023, 01/07/2023, 01/04/2023, 12/31/2022, 12/28/2022, 12/24/2022, 12/21/2022, 12/17/2022, 12/14/2022, 12/10/2022, 12/03/2022, 11/30/2022, 11/26/2022, 11/23/2022, 11/19/2022, 11/16/2022, 11/12/2022, 11/09/2022, 11/07/2022, 11/02/2022, 10/29/2022, 10/26/2022,

## EXPERIAN

Inquired on 05/16/2023, 05/15/2023, 05/14/2023, 05/13/2023, 05/12/2023, 05/11/2023, 05/09/2023, 05/05/2023, 04/29/2023, 04/25/2023, 04/19/2023, 04/15/2023, 04/03/2023, 04/01/2023, 03/18/2023, 03/04/2023 and 02/18/2023

475 ANTON BLVD, COSTA MESA CA 92626
(866) 431-3471

## EXPERIAN

Inquired on 05/15/2023, 04/25/2023 and 04/19/2023

PO BOX 9600, ALLEN TX 75013
(800) 311-4769

**101 of 122**

Case 1:23-cv-04844-DLI-JAM   Document 51-2   Filed 04/24/24   Page 103 of 123 PageID #: 625

10/22/2022,
10/19/2022,
10/12/2022,
10/08/2022,
10/05/2022,
10/01/2022,
09/28/2022,
09/24/2022,
09/17/2022,
09/14/2022,
09/10/2022,
09/07/2022,
09/03/2022,
08/31/2022,
08/27/2022,
08/24/2022,
08/20/2022,
08/17/2022,
08/13/2022,
08/10/2022,
08/06/2022,
08/03/2022,
07/30/2022,
07/27/2022,
07/23/2022,
07/20/2022,
07/16/2022,
07/09/2022,
07/06/2022,
07/02/2022,
06/29/2022,
06/25/2022,
06/22/2022,
06/18/2022,
06/15/2022,
06/11/2022,
06/08/2022,
06/04/2022,
06/01/2022,
05/28/2022,
05/25/2022,
05/21/2022 and
05/18/2022

760 MARKET ST
FL 2,
SAN
FRANCISCO CA
94102

| **EXPERIAN** | **EXPERIAN** | **EXPERIAN** | **EXPERIAN** |
|---|---|---|---|
| Inquired on 05/09/2023, 04/21/2023, 04/06/2023, 03/23/2023, 03/11/2023 and 03/07/2023 | Inquired on 03/24/2023 and 03/03/2023 | Inquired on 02/27/2023 and 02/18/2023 | Inquired on 02/27/2023 |
| | PO BOX 9600, ALLEN TX 75013 | 475 ANTON BLVD, COSTA MESA | PO BOX 9600, ALLEN TX 75013 (800) 311-4769 |

**102 of 122**

Case 1:23-cv-04844-DLI-JAM   Document 51-2   Filed 04/24/24   Page 104 of 123 PageID #: 626

475 ANTON
BLVD,
COSTA MESA
CA 92626

(800) 311-4769

CA 92626

**EXPERIAN**

Inquired on
02/27/2023

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN**

Inquired on
02/18/2023

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN**

Inquired on
02/18/2023

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN
CREDITMATCH**

Inquired on
05/16/2023,
05/15/2023,
05/14/2023,
05/12/2023,
05/11/2023,
05/09/2023,
05/05/2023,
04/25/2023,
04/19/2023,
04/03/2023 and
02/18/2023

475 ANTON
BLVD # D4,
COSTA MESA
CA 92626

**LENDINGCLUB
CORP**

Inquired on
05/09/2023 and
04/25/2023

595 MARKET ST
# 200,
SAN
FRANCISCO CA
94105

**XACTUS-CP**

Inquired on
04/24/2023,
03/10/2023 and
02/22/2023

370 REED RD
STE 100,
BROOMALL PA
19008

On behalf of
LANDSTONE
EQUITIES LLC -

# Know Your Rights

# Fair Credit Reporting Act (FCRA)

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**A Summary of Your Rights Under the Fair Credit Reporting Act.**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to** www.consumerfinance.gov/learnmore **or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**103 of 122**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to

**104 of 122**

Case 1:23-cv-04844-DLI-JAM   Document 51-2   Filed 04/24/24   Page 106 of 123 PageID #: 628

the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Bureau of Consumer Financial Protection 1700 G Street NW Washington, DC 20552 |
| **b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **b.** Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580 (877) 382-4357 |

**105 of 122**

**2.** To the extent not included in item 1 above:

**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks

**a.** Office of the Comptroller of the Currency
Customer Assistance Group
1301 McKinney Street, Suite 3450
Houston, TX 77010-9050

**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

**b.** Federal Reserve Consumer Help Center
PO Box 1200
Minneapolis, MN 55480

**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations

**c.** FDIC Consumer Response Center
1100 Walnut Street, Box #11
Kansas City, MO 64106

**d.** Federal Credit Unions

**d.** National Credit Union Administration
Office of Consumer Protection (OCP)
Division of Consumer Compliance and Outreach (DCCO)
1775 Duke Street
Alexandria, VA 22314

**3.** Air carriers

Asst. General Counsel for Aviation Enforcement & Proceedings
Aviation Consumer Protection Division
Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Proceedings, Surface Transportation Board
Department of Transportation
395 E Street, SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act

Nearest Packers and Stockyards Administration area supervisor

**6.** Small Business Investment Companies

Associate Deputy Administrator for Capital Access
United States Small Business Administration
409 Third Street, SW, 8th Floor
Washington, DC 20416

**106 of 122**

| | |
|---|---|
| **7.** Brokers and Dealers | Securities and Exchange Commission<br>100 F St NE<br>Washington, DC 20549 |
| **8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| **9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates **or**<br>Federal Trade Commission:<br>Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

Notification of Rights

- Notification of Rights for California Consumers
- Notification of Rights for Colorado Consumers
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Maryland Consumers
- Notification of Rights for Massachusetts Consumers
- Notification of Rights for Texas Consumers
- Notification of Rights for Vermont Consumers
- Notification of Rights for Washington Consumers

**107 of 122**



**From:** "lucille callcci.com" <lucille@callcci.com>
**Date:** May 19, 2023 at 11:17:34 AM EDT
**To:** Judah Stein <jstein@steinsakslegal.com>
**Cc:** "yenon callcci.com" <yenon@callcci.com>
**Subject: [FWD: RE: SHEINDLE SOFER VS EXPERIAN, EQUIFAX, TRANSUNION, SYNCB/GAP]**

HERE IS THE RETAINER

https://www.viewcreditstatus.com/docs/0I6f534232a684ad3e793b40f7b745
f024cff4c5ff12b55c2f9b30ed434b698b9bFCRA_RETAINER_2021_W_DOP_CC
I_w_W9.pdf

Thank you,

Lucy C.
**COLLECTIVE CREDIT INTERNATIONAL, LLC.**
16931 NE 6th Ave
North Miami Beach, FL 33162
**Office:** 954-455-2555
**Facsimile:** 954-456-6559

-------- Original Message --------
Subject: RE: SHEINDLE SOFER VS EXPERIAN, EQUIFAX, TRANSUNION, SYNCB/GAP
From: "Lucy C. @ CCI" <lucille@callcci.com>
Date: Wed, May 17, 2023 4:35 pm
To: "Judah Stein" <jstein@SteinSaksLegal.com>
Cc: "Yenon @" <yenon@callcci.com>

1

HERE IS THE CREDIT DENIAL, WILL GET RETAINER SOON
https://www.viewcreditstatus.com/docs/0I1e0d76185d52c42306087e
200316ed283725cfb8f64e63231107b9c159c41e91MortgageDenial-
SheindleSofer.pdf

Thank you,

Lucy C.
**COLLECTIVE CREDIT INTERNATIONAL, LLC.**
16931 NE 6th Ave
North Miami Beach, FL 33162
**Office:** 954-455-2555
**Facsimile:** 954-456-6559

-------- Original Message --------
Subject: RE: SHEINDLE SOFER VS EXPERIAN, EQUIFAX, TRANSUNION,
SYNCB/GAP
From: Judah Stein <jstein@SteinSaksLegal.com>
Date: Wed, May 17, 2023 10:53 am
To: "Lucy C. @ CCI" <lucille@callcci.com>
Cc: "Yenon @" <yenon@callcci.com>

Please send retainer and credit denial.

Thank you,

Judah

Judah Stein, Esq.
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
P. (201) 282-6500 ext 103
F. (201) 282-6501
steinsakslegal.com

2



The information contained in this e-mail is attorney privileged and confidential information intended only for the use of the individual or entity named above.  If the reader is not the intended recipient, you are hereby notified that any dissemination, reproduction, or distribution of this e-mail is strictly prohibited.  If you have received this e-mail message in error, please notify us immediately.  Thank you.

**From:** Lucy C. @ CCI <lucille@callcci.com>
**Sent:** Tuesday, May 16, 2023 2:41 PM
**To:** Judah Stein <jstein@SteinSaksLegal.com>
**Cc:** Yenon @ <yenon@callcci.com>
**Subject:** SHEINDLE SOFER VS EXPERIAN, EQUIFAX, TRANSUNION, SYNCB/GAP

READY TO GO

Thank you,

Lucy C.
**COLLECTIVE CREDIT INTERNATIONAL, LLC.**
16931 NE 6th Ave
North Miami Beach, FL 33162
**Office:** 954-455-2555
**Facsimile:** 954-456-6559

<image001.png>

3



# Refinance

May 17th, 2023

Dear Sheindle Sofer,

I am a licensed mortgage banker. After receiving your loan application, I ran your credit and reviewed all three credit reports. As discussed, at this time, due to the Synchrony/ Gap account that appears, your credit scores has been affected and you would be paying a higher interest rate. Based on your current scores, it would not make sense for you to refinance your mortgage.

Sincerely,

Carol Franz
Mortgage Loan Consultant
Phone: 866-815-1803
Email: cfranz@cfmtg.com
NMLS #1224287



**STEIN | SAKS, PLLC**

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 |
www.steinsakslegal.com

Date:   5/19/2023

Dear    Sheindle Sofer

Reference is made to your retention of our firm (and to the retainer agreement you have signed with us reflecting same) to pursue your rights under the FCRA.

Please allow me to confirm that you have this day authorized and directed us to disburse any and all proceeds (to a maximum of $10,000) to which you would be entitled under a settlement or court award under the FCRA matter(s) being handled by us directly to Collective Credit International on account of their work on your behalf to deal with your credit and credit agency issues.

Your signature on the line provided below acknowledges your agreement with the foregoing and would constitute a written authorization and direction to me.

Sincerely,

Stein Saks PLLC

AGREED, ACKNOWLEDGED AND DIRECTED:

_____
Client Name
Sheindle Sofer



# Stein | Saks, PLLC

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

## RETAINER AGREEMENT

Sheindle Sofer
_____ ("Client") and **Stein Saks, PLLC** ("Stein Saks") hereby enter into this agreement (the "Retainer Agreement") regarding the retention of Stein Saks by Client to provide legal advice and services for suits and issues that may arise under the Fair Credit Reporting Act ("FCRA"). We believe that a clear understanding of the scope of our engagement and fee arrangement will help us to avoid any misunderstandings at a later date. This Retainer Agreement is intended, therefore, to outline the scope of our services and confirm the terms and fee arrangements upon which Stein Saks will render services to Client. This Retainer Agreement shall become effective upon your signing a copy of same.

**A. Scope of Representation:** Stein Saks agrees to represent Client with respect to potential FCRA claims. Stein Saks will investigate potential claims and if Stein Saks deems such potential claims viable, Stein Saks will file suit on Client's behalf and/or seek to have the credit bureaus, debt collector(s) or original creditor(s) settle the claim(s). Client has not retained Stein Saks to defend any state court action filed or served upon Client, nor is Stein Saks required to pursue any appeal on Client's case. Stein Saks cannot and does not guarantee particular results. Stein Saks represents that it is competent and available to handle the types of claims set forth above.

**B. Attorneys' Fees/Contingency Arrangement:** Under this Retainer Agreement the Client will never pay any out of pocket legal fees to Stein Saks. That is, Stein Saks will only be paid a legal fee in the event Stein Saks obtains a recovery for Client, whether through legal action or settlement, and such fee will be paid directly from that recovery. **If there is no recovery there will be no fee.** "Recovery" is defined as any cash payments, debt relief or any other tangible economic benefit to Client. The fees outlined below are specific to each and every lawsuit and/or potential claim.

- **Disclosure Concerning FCRA Statutory Cap:** Stein Saks has explained to Client, and Client fully understands and acknowledges, that under the FCRA, statutory damages are set by the statute and capped at one thousand dollars ($1,000) per violation. Therefore, the maximum amount Client can be awarded by a court for statutory damages is one thousand dollars per violation. Judges often use their discretion to reduce the statutory damages to significantly less than one thousand dollars.

  **Legal Fee in the Event of Recovery in Court:** In the event that the case is adjudicated and decided by a judge or a jury, Client will be entitled to retain the full amount of the monetary award, not including any costs and legal fees awarded. The FCRA provides that attorneys' fees and court costs incurred to obtain any recovery be paid by the defendant (the debt collector). In the event the court awards attorneys' fees and/or court costs, Stein Saks shall be entitled to retain all such fees and costs awarded. Stein Saks has explained, and Client understands, that because the FCRA has a statutory cap on damages at $1,000 per violation, it is likely that any such award of attorneys' fees will substantially exceed the amount awarded to Client. In light of the statutory cap on damages, and because the statute requires payment of legal fees by the defendant, Client further acknowledges that any such fee is entirely reasonable, even in the event such fee substantially exceeds Client's recovery amount.

**113 of 122**

DocuSign Envelope ID: 5E745DA2-5796-44B5-A96E-7B676B9760F6



- **Settlement:** In the event that a settlement is reached, Client shall receive 20% of the total settlement amount but in no event, shall Client shall be entitled to receive more than one thousand dollars ($1,000), after deducting court costs incurred to obtain the Recovery (if any). The following schedule provides examples to ensure that Client is fully informed and understands the allocation of fees (after deducting court costs, if any) between Stein Saks and Client in connection with a settlement of an FCRA claim or potential claim under this Retainer Agreement:

  - o If a case settles for $1,000, Client would receive a total of $200.

  - o If a case settles for a total $2,000, Client would receive a total of $400.

  - o If a case settles for a total $3,000, Client would receive a total of $600.

  - o If a case settles for a total $4,000, Client would receive a total of $800.

  - o If a case settles for a total $5,000, Client would receive a total of $1,000.

  - o If a case settles for any amount greater than $5,000, Client would receive a total of $1,000 (which is the maximum amount the client could receive for statutory damages).

  Stein Saks has explained to Client, and Client fully understands and acknowledges, that this contingency fee arrangement is based on the fact that there is a statutory cap of $1,000 for recovery under the FCRA (which amount is often reduced by the Court) and that the statute awards attorneys' fees in connection with any such recovery. Actual damages are also only available if Client has proof thereof. Accordingly, Client acknowledges that this attorneys' fees structure is entirely reasonable, even though such attorneys' fees are greater than, and could substantially exceed, the Client's recovery amount in a settlement.

**C. Client's Responsibilities.** Client agrees to preserve, and prevent the deletion or loss of, all potentially relevant information and evidence connected to Client's claims. Because the statute requires payment of legal fees by the defendant, Client agrees to allow Stein Saks to continue to pursue Client's claims until reasonable legal fees are recovered. Upon settlement of Client's claims, Client agrees to execute a release and settlement agreement.

**D. Stein Saks:** Stein Saks employs or associates with attorneys who are licensed to practice law in all jurisdictions relevant to this matter. Client authorizes Stein Saks to delegate work to other lawyers or legal assistants. Furthermore, Client authorizes Stein Saks to associate with other counsel whom Stein Saks deems necessary or beneficial to litigate Client's claims. Should Stein Saks associate with other counsel, Stein Saks and associated counsel will assume joint responsibility for the representation, and Stein Saks shall divide the fee with associated counsel. The total amount of Client's attorneys' fees will not increase as a result of the fee division between Stein Saks and associated counsel.

**E. Termination:** We may withdraw in writing at any time as your lawyer, so long as you are not prejudiced by it. You may terminate us at any time as your lawyer, but we may retain an attorneys' lien for the work we have done in your case.

**F. Confidentiality:** Stein Saks is not authorized to waive or release any privilege or other protection of information, confidential, secret, or otherwise, obtained from or on behalf of Client. Stein Saks is to keep all confidential, privileged, or secret information confidential. Stein Saks is not authorized to identify Client as a client, e.g., for purposes of marketing or advertising, without Client's prior approval. Upon

DocuSign Envelope ID: 5F745DA3-5796-44B5-A96E-7B676B9760F6



STEIN | SAKS, PLLC

termination of the representation, Stein Saks agrees to return promptly all information obtained from or on behalf of Client to Client. Client understands and acknowledges that Stein Saks may share Client's information with Client's agents who have been authorized by Client to view such information, unless Stein Saks is notified otherwise in writing by Client.

**G. No Guarantees**: Nothing contained in this Retainer Agreement and nothing in Stein Saks's statements to Client shall be construed as a promise or guarantee about the outcome of the matter. All comments about the outcome of the matter are expressions of opinion only. Copies of all pertinent court papers and correspondence will be mailed or emailed to you for your information. It is firm policy to keep our clients as informed as possible. If you ever have any questions regarding your case, you should call Stein Saks.

**H. Outside Attorney Review:** Client acknowledges that it has entered into this Retainer Agreement willingly and with a full understand of its contents, including the fee structure. Stein Saks has advised Client that, to the extent Client does not fully understand the contents of this Retainer Agreement, Client should seek the advice of independent counsel prior to entering into this Retainer Agreement.

**I. Arbitration:** In the event that there is any dispute concerning the fees, costs, expenses, disbursements, or representation given to me, the parties agree that such dispute will be brought to conclusion by mandatory banding arbitration before and pursuant to the rules of the NJ Bar Association's Fee Arbitration Committee. Either party may enter on such an arbitration award for enforcement by any court of competent jurisdiction. Either party may serve notice of its intent to arbitrate on the other by certified mail. The arbitration panel's fees and costs shall be borne equally by the parties and the arbitration panel shall have the right to assess costs to the prevailing party. This agreement shall be governed and construed in accordance with the laws of the State of New Jersey without giving effect to conflict of law contained therein.

**J. Governing law, modification of this Agreement, entire agreement:** This Agreement is to be interpreted in accordance with the laws of the State of New Jersey. The Agreement may not be modified in any way without the express, written agreement of both parties. This represents the entire agreement of the parties.

*Stein Saks, PLLC*

By:     Stein Saks        Dated:


AGREED & ACKNOWLEDGED:


Sign:   *Sheindle Sofer*
        DocuSigned by:
        D6E89B050EDB493

Print Name:                                          Date:    5/19/2023

Sheindle Sofer

DocuSign Envelope ID: 5F745DA2-5796-44B5-A96E-7B676B9760F6



**STEIN | SAKS, PLLC**

## Limited Power of Attorney

I hereby appoint Stein Saks, PLLC of One University Plaza, Suite 620, Hackensack, NJ 07601 and all of its members and attorneys as my true and lawful attorney in fact ("Agent") authorizing full power to represent me and to do and perform every action necessary or advisable to be done that I may legally do limited to negotiating the validity, reduction, and payment as may be required of accounts owed to my creditors.

I grant my Agent the specific powers to:
1. Request and receive confidential credit and account information from creditors, credit-reporting agencies, and other third parties who are involved with my credit issues;
2. Receive and execute all items, information, and documents, confidential or otherwise connected with the arbitration of my debt including any documents necessary in the event necessary to retain local counsel;
3. Proactively intervene, intercede close accounts and negotiate the settlement of any and all of my creditor claims and all disputes;
4. Make good faith settlements on my behalf with or without my signature or approval.

**Additionally, this Limited Power of Attorney shall serve as formal notice under 15 U.S.C. 1692c(c) to cease all further communication with me except for reasons specifically set forth in the federal law, and to instead contact my Agent Stein Saks, PLLC.**

Further, as a creditor or third-party agent of a creditor under the general laws of the Fair Debt Collections Practice Act and the Fair Credit Reporting Acts you are required to work with my designated Agent

I authorize Stein Saks, PLLC to release this Power of Attorney to all or any of my creditors.

### Borrower

Print Name

Sheindle Sofer

Signature

*Sheindle Sofer*

Date of Birth

[REDACTED]

Social Security Number

[REDACTED]

Date

5/19/2023

DocuSign Envelope ID: 5E745DA2-5796-44D5-A96E-7B676B9760F6

| Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | **Give Form to the requester. Do not send to the IRS.** |
|---|---|---|

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Sheindle Sofer

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☒ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.

Requester's name and address (optional)

6 City, state, and ZIP code

Staten Island NY 10314

7 List account number(s) here (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

or

Employer identification number

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| Sign Here | Signature of U.S. person ▶ | DocuSigned by: *Sheindle Sofer* —D6E89B050ED8493— | Date ▶ 5/19/2023 |
|---|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See *What is backup withholding,* later.

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

Form W-9 (Rev. 10-2018)

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting*, later, for further information.

**Note:** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien;

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;

• An estate (other than a foreign estate); or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States.

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity;

• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust; and

• In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items.

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

**Example.** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

## Backup Withholding

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 24% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester.

2. You do not certify your TIN when required (see the instructions for Part II for details).

3. The IRS tells the requester that you furnished an incorrect TIN.

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See *Exempt payee code*, later, and the separate Instructions for the Requester of Form W-9 for more information.

Also see *Special rules for partnerships*, earlier.

## What is FATCA Reporting?

The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting code*, later, and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account; for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

DocuSign Envelope ID: 5E745DA2-5796-44D5-A96E-7B676B9760F6

Form W-9 (Rev. 10-2018)                                                    Page **3**

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Line 1

You must enter one of the following on this line; **do not** leave this line blank. The name should match the name on your tax return.

If this Form W-9 is for a joint account (other than an account maintained by a foreign financial institution (FFI)), list first, and then circle, the name of the person or entity whose number you entered in Part I of Form W-9. If you are providing Form W-9 to an FFI to document a joint account, each holder of the account that is a U.S. person must provide a Form W-9.

a. **Individual.** Generally, enter the name shown on your tax return. If you have changed your last name without informing the Social Security Administration (SSA) of the name change, enter your first name, the last name as shown on your social security card, and your new last name.

**Note:** ITIN applicant: Enter your individual name as it was entered on your Form W-7 application, line 1a. This should also be the same as the name you entered on the Form 1040/1040A/1040EZ you filed with your application.

b. **Sole proprietor or single-member LLC.** Enter your individual name as shown on your 1040/1040A/1040EZ on line 1. You may enter your business, trade, or "doing business as" (DBA) name on line 2.

c. **Partnership, LLC that is not a single-member LLC, C corporation, or S corporation.** Enter the entity's name as shown on the entity's tax return on line 1 and any business, trade, or DBA name on line 2.

d. **Other entities.** Enter your name as shown on required U.S. federal tax documents on line 1. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on line 2.

e. **Disregarded entity.** For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulations section 301.7701-2(c)(2)(iii). Enter the owner's name on line 1. The name of the entity entered on line 1 should never be a disregarded entity. The name on line 1 should be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on line 1. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on line 2, "Business name/disregarded entity name." If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9. This is the case even if the foreign person has a U.S. TIN.

### Line 2

If you have a business name, trade name, DBA name, or disregarded entity name, you may enter it on line 2.

### Line 3

Check the appropriate box on line 3 for the U.S. federal tax classification of the person whose name is entered on line 1. Check only one box on line 3.

| IF the entity/person on line 1 is a(n) . . . | THEN check the box for . . . |
|---|---|
| • Corporation | Corporation |
| • Individual<br>• Sole proprietorship, or<br>• Single-member limited liability company (LLC) owned by an individual and disregarded for U.S. federal tax purposes. | Individual/sole proprietor or single-member LLC |
| • LLC treated as a partnership for U.S. federal tax purposes,<br>• LLC that has filed Form 8832 or 2553 to be taxed as a corporation, or<br>• LLC that is disregarded as an entity separate from its owner but the owner is another LLC that is not disregarded for U.S. federal tax purposes. | Limited liability company and enter the appropriate tax classification. (P= Partnership; C= C corporation; or S= S corporation) |
| • Partnership | Partnership |
| • Trust/estate | Trust/estate |

### Line 4, Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the appropriate space on line 4 any code(s) that may apply to you.

**Exempt payee code.**

• Generally, individuals (including sole proprietors) are not exempt from backup withholding.

• Except as provided below, corporations are exempt from backup withholding for certain payments, including interest and dividends.

• Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.

• Corporations are not exempt from backup withholding with respect to attorneys' fees or gross proceeds paid to attorneys, and corporations that provide medical or health care services are not exempt with respect to payments reportable on Form 1099-MISC.

The following codes identify payees that are exempt from backup withholding. Enter the appropriate code in the space in line 4.

1—An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)

2—The United States or any of its agencies or instrumentalities

3—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

4—A foreign government or any of its political subdivisions, agencies, or instrumentalities

5—A corporation

6—A dealer in securities or commodities required to register in the United States, the District of Columbia, or a U.S. commonwealth or possession

7—A futures commission merchant registered with the Commodity Futures Trading Commission

8—A real estate investment trust

9—An entity registered at all times during the tax year under the Investment Company Act of 1940

10—A common trust fund operated by a bank under section 584(a)

11—A financial institution

12—A middleman known in the investment community as a nominee or custodian

13—A trust exempt from tax under section 664 or described in section 4947

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and all C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000[1] | Generally, exempt payees 1 through 5[2] |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney reportable under section 6045(f), and payments for services paid by a federal executive agency.

**Exemption from FATCA reporting code.** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements. A requester may indicate that a code is not required by providing you with a Form W-9 with "Not Applicable" (or any similar indication) written or printed on the line for a FATCA exemption code.

A—An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B—The United States or any of its agencies or instrumentalities

C—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

D—A corporation the stock of which is regularly traded on one or more established securities markets, as described in Regulations section 1.1472-1(c)(1)(i)

E—A corporation that is a member of the same expanded affiliated group as a corporation described in Regulations section 1.1472-1(c)(1)(i)

F—A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G—A real estate investment trust

H—A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I—A common trust fund as defined in section 584(a)

J—A bank as defined in section 581

K—A broker

L—A trust exempt from tax under section 664 or described in section 4947(a)(1)

M—A tax exempt trust under a section 403(b) plan or section 457(g) plan

**Note:** You may wish to consult with the financial institution requesting this form to determine whether the FATCA code and/or exempt payee code should be completed.

### Line 5

Enter your address (number, street, and apartment or suite number). This is where the requester of this Form W-9 will mail your information returns. If this address differs from the one the requester already has on file, write NEW at the top. If a new address is provided, there is still a chance the old address will be used until the payor changes your address in their records.

### Line 6

Enter your city, state, and ZIP code.

## Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN.

If you are a single-member LLC that is disregarded as an entity separate from its owner, enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note:** See *What Name and Number To Give the Requester,* later, for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local SSA office or get this form online at *www.SSA.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/Businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. Go to *www.irs.gov/Forms* to view, download, or print Form W-7 and/or Form SS-4. Or, you can go to *www.irs.gov/OrderForms* to place an order and have Form W-7 and/or SS-4 mailed to you within 10 business days.

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note:** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, 4, or 5 below indicates otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on line 1 must sign. Exempt payees, see *Exempt payee code*, earlier.

**Signature requirements.** Complete the certification as indicated in items 1 through 5 below.

Form W-9 (Rev. 10-2018)

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give us your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5.** Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), ABLE accounts (under section 529A), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions. You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) other than an account maintained by an FFI | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Two or more U.S. persons (joint account maintained by an FFI) | Each holder of the account |
| 4. Custodial account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 5. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 6. Sole proprietorship or disregarded entity owned by an individual | The owner [3] |
| 7. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulations section 1.671-4(b)(2)(i) (A)) | The grantor [4] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 8. Disregarded entity not owned by an individual | The owner |
| 9. A valid trust, estate, or pension trust | Legal entity [4] |
| 10. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 11. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 12. Partnership or multi-member LLC | The partnership |
| 13. A broker or registered nominee | The broker or nominee |

| For this type of account: | Give name and EIN of: |
|---|---|
| 14. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 15. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulations section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or DBA name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships,* earlier.

**\*Note:** The grantor also must provide a Form W-9 to trustee of trust.

**Note:** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records From Identity Theft

Identity theft occurs when someone uses your personal information such as your name, SSN, or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Pub. 5027, Identity Theft Information for Taxpayers.

Victims of identity theft who are experiencing economic harm or a systemic problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

:23-cv-04844-DLF-JAM Document 51-2 Filed 04/24/24 Page 123 of 123 Pag
645

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov*. You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration (TIGTA) at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at *spam@uce.gov* or report them at *www.ftc.gov/complaint*. You can contact the FTC at *www.ftc.gov/idtheft* or 877-IDTHEFT (877-438-4338). If you have been the victim of identity theft, see *www.IdentityTheft.gov* and Pub. 5027.

Visit *www.irs.gov/IdentityTheft* to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.