# EXHIBIT "C"

**Berger, Evan**

| | |
|---|---|
| **From:** | Yenon @ CCI <yenon@callcci.com> |
| **Sent:** | Friday, February 23, 2024 3:28 PM |
| **To:** | Berger, Evan |
| **Subject:** | Fwd: Mortgage denial |



Sent from my iPhone

Begin forwarded message:

> **From:** Judah Stein <jstein@steinsakslegal.com>
> **Date:** January 23, 2023 at 3:28:42 PM EST
> **To:** "yenon callcci.com" <yenon@callcci.com>
> **Subject: RE: Mortgage denial**
>
> RE: Refinance
>
> Dear _____,
>
> I am a licensed mortgage banker. After receiving your loan application, I ran your credit and reviewed all three of your credit reports. As discussed, at this time, due to the late mortgage payment with NR/SMS/CAL, your credit scores has been affected and you would be paying a higher interest rate. Based on your current scores, it would not make sense for you to refinance.
>
> Thank you,
>
> Judah
>
> Judah Stein, Esq.
> Stein Saks, PLLC
> One University Plaza, Suite 620
> Hackensack, NJ 07601
> P. (201) 282-6500 ext 103
> F. (201) 282-6501
> steinsakslegal.com

1

# PLEASE NOTE OUR NEW ADDRESS



The information contained in this e-mail is attorney privileged and confidential information intended only for the use of the individual or entity named above.  If the reader is not the intended recipient, you are hereby notified that any dissemination, reproduction, or distribution of this e-mail is strictly prohibited.  If you have received this e-mail message in error, please notify us immediately.  Thank you.

**From:** Judah Stein
**Sent:** Monday, January 23, 2023 2:22 PM
**To:** 'Yenon Argy' <yenon@callcci.com>
**Subject:** Mortgage denial

This is an example of a letter:

RE: Refinance

Dear _____,

I am a licensed mortgage banker. After receiving your loan application, I ran your credit. As discussed, at this time, due to the late mortgage payment with NR/SMS/CAL, your credit scores has been affected and you would be paying a higher interest rate. Based on your current scores, it would not make sense for you to refinance.

Thank you,

Judah

Judah Stein, Esq.
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
P. (201) 282-6500 ext 103
F. (201) 282-6501
steinsakslegal.com

## PLEASE NOTE OUR NEW ADDRESS

<image001.png>

The information contained in this e-mail is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination, reproduction, or distribution of this e-mail is strictly prohibited. If you have received this e-mail message in error, please notify us immediately. Thank you.