# EXHIBIT "D"

# Cornerstone Letter List

Yosef King
Yonatan Hano
Amin Adjm
Yehuda Kanelsky
Sheindel Sofer
Deborah Slama
Doron Katz
Moshe Attia
Armin Kahen
Avigder Mendlowitz
Shmuel Glick
Yoel Neustein
Batya Kahan
Gilad Shrem
Delvis Diaz
Jason Gang
Shuky Sadon
Babak Rostami
Adam Mizrahi
Mark Zabludovsky